UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO.
                                          04-10010-PBS
Matthew Dwinells
18 Irene Street
Lawrence, MA 01841

_____

YOU ARE HEREBY SUMMONED to appear before the U.S. Magistrate Judge at the time, date and place set forth below for an **Initial Appearance and Arraignment.**

   PLACE:
   U.S. DISTRICT COURT              **COURTROOM #16, 5th FLOOR**
   **1 Courthouse Way**             DATE AND TIME:
   **BOSTON**, MA 02210             **February 5, 2004, at 11:00 a.m.**

_____

To answer a **Criminal Indictment,** charging you with a violation of TITLE 18, USC Sections 2422 and 2252

Description of offenses:

Attempted Coercion and Enticement, Receipt of Child Pornography and Possession of Child Pornography.

**TO THE DEFENDANT:** You should appear with **your attorney** at the time and place given above.  Failure to appear will result in the issuance of a warrant for your arrest.  If you are unable to afford an attorney and wish the court to appoint one for you, please telephone Deputy Clerk Lisa B. Roland at (508) 929-9905 or (617) 748-4446 as soon as possible.

                                          CHARLES B. SWARTWOOD, III,
                                          Magistrate Judge


Dated: January 22, 2004              /s/ Lisa B. Roland
                                     Lisa B. Roland
                                     Deputy Clerk
                                     (508) 929-9905
                                     (617) 748-4446


***PLEASE REPORT TO PRETRIAL SERVICES,** 1rstfloor, 1 Courthouse Way, Boston, MA, **2 hours** before you are scheduled to appear before the Magistrate Judge for the purpose of a pretrial interview. **You must have two forms of ID to get into the building.**