## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: <u>Charles B. Swartwood, III</u> | Date: <u>February 5, 2004</u> |
| Courtroom Clerk: <u>Roland</u> | Recording Time: <u>11:09, 2:16</u>  Time In Court: <u>30</u> min |
| Case: USA v. <u>Matthew Dwinells</u> | Case Number: <u>04-10010 CBS</u> |
| AUSA: <u>Gottovi</u> | Defense Counsel: <u>Fried</u> |
| PTSO/PO: <u>September</u> | Interpreter: <u>   </u>  Language: <u>   </u> |

### TYPE OF HEARING

[X] **Initial Appearance**
[ ]  Arrested:  [ ] on warrant   [ ] on probable cause
[ ]  Defendant Sworn
[X] Advised of Charges
[X] Advised of Rights
[X]  Requests Appointment of Counsel
[ ] Retained Counsel
[X]  Court Orders Counsel be Appointed
[ ]  Government Requests Detention & Continuance

[X] **Arraignment**
[X] Defendant Waived Reading of Indictment
[X] Defendant Pleads Not Guilty to Counts <u>1-5</u>
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on ____ with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on ____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] ____ Status Conference
[ ] Other ____

### CONTINUED PROCEEDINGS

____ set for ____ at ____

### REMARKS

Case called, Counsel and Dft appear for initial appearance and arraignment, Arraignment held, Dft pleads not guilty to counts 1-5 , Scheduling Order issued, Dft released on conditions