IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        :
                                :     CRIMINAL No. 04-10010-PBS
     v.                         :
                                :
MATTHEW DWINELLS,               :
          Defendant             :

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of Assistant United States Attorney Dena T. Sacco as counsel for the United States in the above-captioned matter. Sara Gottovi, Department of Justice Trial Attorney, also will continue to represent the United States.

                                MICHAEL J. SULLIVAN
                                United States Attorney

          By:

                                /s/ Dena T. Sacco
                                DENA T. SACCO
                                Assistant U.S. Attorney
                                (617) 748-3304

March 9, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>Syrie Fried
>Federal Defender Service
>408 Atlantic Avenue
>Boston, MA 02210

This 9th day of March, 2004.

_____
Dena T. Sacco
ASSISTANT UNITED STATES ATTORNEY