# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 04-10010-PBS
MATTHEW DWINELLS,              )
        Defendant,             )
_____)
```

## INITIAL STATUS REPORT
## March 19, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saris, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has produced a great deal of document discovery and Mr. Dwinells' counsel has requested additional time to be able to review that discovery with her client. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on May 25, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 19, 2004 (date of expiration of prior order of excludable time) through May 25, 2004 (date by which Mr. Dwinells' counsel will have completed her review of discovery produced by the Government in this case).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, August 3, 2004</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE