UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff,
v.
                              CR 04-10010-PBS

MATTHEW DWINELLS,
        Defendant,

ORDER OF APPOINTMENT OF COUNSEL

February 5, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Syrie Fried of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE

                                    By the Court:

                                    /s/ Lisa B. Roland
                                    Lisa B. Roland
                                    Deputy Clerk