# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
            v.                 )   CRIMINAL ACTION
                               )   NO. 04-10010-PBS
MATTHEW DWINELLS,              )
         Defendant,            )
_____)
```

## STATUS REPORT
## May 26, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Saris, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has produced a great deal of document discovery and Mr. Dwinells' counsel has requested an extended time not only to review that discovery with her client, but to have that discovery analyzed by a computer expert. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on September 9, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 25, 2004 (date of expiration of prior order of excludable time) through September 9, 2004 (date by which Mr. Dwinells' counsel shall have completed her review of discovery produced by the Government in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, November 18, 2004</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE