UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MATTHEW DWINELLS, ) <br> Defendant, ) <br> ) | CRIMINAL ACTION <br> NO. 04-10010-PBS |

ORDER OF EXCLUDABLE TIME
May 26, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 25, 2004 (date of expiration of prior order of excludable time) through September 9, 2004 (date by which Mr. Dwinells' counsel will have completed her review of discovery produced by the Government in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE