*w issued*



# MEMORANDUM

**To:** Honorable Charles B. Swartwood, U.S. Magistrate Judge

**From:** September-Lee Brown, U.S. Pretrial Services Officer

**Re:** DWINELLS, Matthew
CR#04-10010-001PBS

**Date:** August 6, 2004

On February 5, 2004, Mr. Matthew Dwinells appeared before Your Honor after being charged in an Indictment with Attempted Coercion and Enticement in violation of Title 18, U.S.C., Section 2422(b); Receipt of Child Pornography in violation of Title 18, U.S.C., Section 2252(a)(2); and Possession of Child Pornography in violation of Title 18, U.S.C., Section 2252 (a)(4)(B). At that time, Mr. Dwinells was released on Personal Recognizance and the following special conditions:

1. Telephone Pretrial Services the last Wednesday of each month.
2. No access to the internet.
3. No unsupervised contact with children under the age of 18.
4. Continue counseling and sign a Release of Information allowing Pretrial Services to verify attendance.
5. Travel restricted to the Continental United States. Travel outside of the restricted area only with the prior permission of the Court and itinerary provided to Pretrial Services.
6. Maintain residence and not to move without the prior permission of the Court.
7. Not to possess any firearm or destructive devices.
8. No excessive use of alcohol and no use of illegal drugs.
9. Not to violate any federal, state, or local laws.
10. Notify Pretrial Services within 24 hours of any new arrests.
11. Seek/Maintain employment. Provide pay stubs as verification.

Honorable Charles B. Swartwood
U.S. District Court, Magistrate Judge
RE: DWINELLS, Matthew
    CR#04-10010-001PBS

Page 2

On July 28, 2004, this officer attempted to contact the defendant on his cell phone, #978-407-7223, and found that number has been disconnected. The defendant does not have a land line telephone at his residence in Lawrence, MA. This officer then contacted the defendant's place of employment, CYR Lumber Company, Windham, NH., and left a message for the defendant.

On July 29, 2004, the defendant left a message for this officer at 7:50 PM from #603-887-5355 advising he was returning this officer's call after receiving a message at his place of employment. The above mentioned telephone number belongs to the defendant's sister, Veronica Harris.

On July 30, 2004, this officer left a message at the defendant's sister's home, #603-887-5355, requesting the defendant to contact this officer. This officer also has made numerous calls to the defendant's mother's cell phone, to no avail.

On August 5, 2004, Ms. Marsha Whitcomb, Greater Lawrence Psychiatric Center, Lawrence, MA., left a voice mail message for this officer advising that the defendant had not been in for a counseling session since May 13, 2004. Ms. Whitcomb further advised that the defendant has cancelled appointments with her citing his employment schedule.

Ms. Whitcomb informed the defendant that he must schedule an appointment or she would close the case. The defendant did not make contact with her and she has subsequently closed the case. It should be noted that on June 3, 2004, the defendant advised this officer of his employment with CYR Lumber Company, Windham, NA., and that he was attending counseling twice per month on a regular basis.

08/06/04  14:53 FAX                                                    6177484114         ☒004  P.04
AUG-06-2004  11:45           US PRETRIAL

**Honorable Charles B. Swartwood**
**U.S. District Court, Magistrate Judge**
**RE: DWINELLS, Matthew**
   **CR#04-10010-001PBS**

Page 3

As of the writing of this memorandum, this officer has had no contact with the defendant and his whereabouts are unknown.

In view of the above information, this officer is recommends that a warrant be issued and the defendant, upon his arrest, be ordered to show cause why his bail should not be revoked.

SLB

cc: Dena Sacco, AUSA
    Syria Fried, Federal Defender

Reviewed by:

*John R. Riley* (signature)

John R. Riley, Chief
U.S. Pretrial Services Officer

08/06/04  14:53 FAX                                              6177484114           ☒005  P.01

AUG-06-2004  11:45         US PRETRIAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### PRETRIAL SERVICES

**GEORGE F. MORIARTY, JR.**
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
SUITE 1300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1500 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-793-0444
FAX: 508-793-0443



# U.S. PRETRIAL SERVICES OFFICE
# JUDICIAL DISTRICT OF MASSACHUSETTS

## TRANSMITTAL COVER SHEET

DATE: 8/6/04                    #PAGES TRANSMITTED: 4
ATTN.: Lisa Roland ☺
OFFICE/AGENCY: Clerk, USM Buartwood
FAX #: (5) 929-9908

FROM: September-Lee Brown
TEL.#: 617-748-9213              FAX#: 617-748-4114
COMMENTS: Warrant request for matthew Dumells

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE NAMED ABOVE AS IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. ANYONE WHO RECEIVES THIS TRANSMISSION IN ERROR SHOULD NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL

08/06/04 14:53 FAX                                                          ☒001



# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WORCESTER SESSION

### TRANSMISSION OF FACSIMILE DOCUMENT

TO: _Maria_

TITLE/DISTRICT: _Judge Cohen's Session_

FROM: _Lisa_

PHONE: _508 929-9905_    FAX: _____

DATE: _____    TIME: _____

PAGES TO FOLLOW: _____    SUBJECT: _____

MESSAGE OR SPECIAL INSTRUCTIONS: _____