AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA
V.

MATTHEW DWINELLS

**WARRANT FOR ARREST**

CASE NUMBER: 04-10010-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **MATTHEW DWINELLS**
                                                     Name

and bring him forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [x] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

Violation of conditions of release

in violation of Title __18__ United States Code, Section(s) __3148(b)__

LAWRENCE P. COHEN                            U.S. MAGISTRATE JUDGE
Name of Issuing Officer                       Title of Issuing Officer

_[signature]_                                 8/9/04    BOSTON, MASSACHUSETTS
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

EXECUTED BY USMS

ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/26/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |