UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) v. ) MATTHEW DWINELLS, ) Defendant, ) ) | **CRIMINAL ACTION NO. 04-10010-PBS** |

**ORDER OF EXCLUDABLE TIME**
**September 13, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 9, 2004 (date of expiration of prior order of excludable time) through October 13, 2004 (date by which a decision will be made as to whether or not this case can be resolved without a trial) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE