UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-10010-PBS
MATTHEW DWINELLS,              )
          Defendant,           )
_____)
```

**STATUS REPORT**
**October 13, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Saris, J. to whom this case is assigned:

1. Plea Negotiations

Counsel for the parties have requested additional time to complete plea negotiations. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on November 16, 2004, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from October 13, 2004 (date of expiration of prior order of excludable time) through November

16, 2004 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, January 25, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE