# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )     CRIMINAL ACTION
                               )     NO. 04-10010-PBS
MATTHEW DWINELLS,              )
          Defendant,           )
_____)
```

### FINAL STATUS REPORT
### December 17, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Saris, J. to whom this case is assigned:

1. <u>Trial</u>

I am informed by the parties that plea negotiations have been unsuccessful and therefore, that this case should be returned to Judge Saris for trial.  I have granted that request.

2. <u>Length of Trial</u>

Counsel estimate six trial days.

3. <u>Discovery</u>

Completed.

4. <u>Substantive Motions</u>

None anticipated.

5.  <u>Defenses</u>

Mr. Dwinells does not intend to present a public authority, insanity or alibi defense.

6.  <u>Interpreter</u>

None needed.

7.  <u>Unusual Circumstances</u>

None, except that this is a computer case which will involve expert testimony.

8.  <u>Excludable Time</u>

With the assent of counsel for the parties, I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through December 16, 2004. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, February 24, 2005</u>.

>                                    /s/Charles B. Swartwood, III
>                                    CHARLES B. SWARTWOOD, III
>                                    MAGISTRATE JUDGE