UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   04-10010-PBS

v.

MATTHEW DWINELLS

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                                                December 20, 2004

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **January 5, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel