**PBS**

Your Honor,

My name is Matthew Ducnell I am currently detained at the Wyatt Detention Facility. I have been here since August 27th, 2004. My Federal ID is 25083-038

On January 5th 2005, I was in your court. The decision was made that I was to be tried in July of this year. You stated that day you did not want me to stay in jail till July. The two reasons you stated are as followed:
1) Sentencing Guidelines. 2) That I maybe acquitted.
The guidelines have been proven unconstitutional. Being acquitted has yet to happen. So, I asked my attorney (Syrie Fried) to get me released. She stated to me that I did not have a place to live or employment. On January 6th I called home and I have a place to live with my mother and work with my brother in law.

I have fixed both issues. Why, am I still in jail? I was informed by my lawyer that my magistrate can only release me. I thought you are the judge that is handling my case. In court the prosecution stated I was arrested in August. Your honor, I turned myself in.

Your Honor, I would like to be released to my mother. She suffered a heart attack two weeks before I turned myself in. She needs me and I her.

Thank you,

Matt Ducnell

FILED
CLERKS OFFICE
2005 FEB 23 P 12:49
U.S. DISTRICT COURT
DISTRICT OF MASS