UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.  04-10010-PBS |
| v. | |
| MATTHEW DWINELLS | |

### NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                        April 15, 2005

   The Final Pretrial Conference previously scheduled for May 10, 2005, has been **rescheduled** to **July 19, 2005, at 2:00 p.m.**

 NOTE: Trial was previously rescheduled to July 25, 2005

                                                                                By the Court,


                                                                                  /s/ Robert C. Alba
                                                                                Deputy Clerk


Copies to:  All Counsel


resched.ntc