```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      :
                              :      CRIMINAL No. 04-10010-PBS
          v.                  :
                              :
MATTHEW DWINELLS,             :
          Defendant           :


. . . . . . . . . . . . . . .
```

**NOTICE OF APPEARANCE**

Please enter my appearance for the United States in the above captioned matter.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney

                BY:  /s/ Donald L. Cabell
                     Donald L. Cabell
                     Assistant U.S. Attorney
                     One Courthouse Way, Suite 9200
                     Boston, MA 02210
                     (617) 748-3105
```