```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            ) Criminal No. 04-10010-PBS
              v.            )
MATTHEW DWINELLS            )
```

                    WITHDRAWAL OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the withdrawal of the undersigned counsel for the government.

```
                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                        By: /s/ Dena T. Sacco
                            DENA T. SACCO
                            Assistant U.S. Attorney
```

Case 1:04-cr-10010-PBS    Document 39    Filed 06/29/2005    Page 2 of 2