UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CR. No. 04-10010-PBS |
| MATTHEW DWINELLS, | : |
| | : |
| Defendant | : |

**GOVERNMENT'S LIST OF WITNESSES**

The following is a list of names of individuals the government may call as witnesses in its case-in-chief. The government reserves the right to supplement this list as appropriate:

(1) Detective Anita Hauser, Dayton, OH Police Department;
(2) Detective Douglas Roderick, Dayton PD;;
(3) Sgt. Jeff Vortish, Beaufort, SC Police Department;
(4) Postal Inspector Stephen Lear, Alexandria, VA;
(5) Postal Inspector Richard Irvine, Boston, MA;
(6) MSP Trooper Brian Lee, New Braintree, MA; and
(7) Lam Nguyen, Dept. of Justice, Washington, D.C.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

BY: /s/Donald L. Cabell
Donald L. Cabell
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3105

Sara L. Gottovi
Trial Attorney, Department of Justice
(202) 305-4133