UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10010-PBS |
| ) | |
| ) | |
| MATTHEW DWINELLS   ) | |

DEFENDANT'S MOTION FOR
OUT-OF-STATE TRAVEL EXPENSES

   The defendant Matthew Dwinells respectfully moves this Court, pursuant to 18 U.S.C. §4285, for an order directing the U.S. Marshals Service to provide him with hotel accommodations in the city of Boston for the duration of his trial in the above-captioned case.  The defendant's trial begins Monday July 25 and is anticipated to last through Friday July 29.

   As grounds for this motion, undersigned counsel states that Mr. Dwinells lives in Groveton, New Hampshire.  Groveton is approximately a four hours' drive from Boston.  Because it is impractical for Mr. Dwinells to make this round-trip each day after court, counsel moves that he be provided with in-town accommodations during trial.  Mr. Dwinells is indigent and cannot afford lodging here for the duration of his trial.  For the above reasons, counsel for the defendant requests that this motion for accommodations be granted.

```
                              Respectfully submitted

                              By his attorney,


                              /s/ Syrie D. Fried
                              Syrie D. Fried
                                 B.B.O. # 555815
                              Federal Defender Office
                              408 Atlantic Avenue
                              Boston, MA  02110
                              Tel: 617-223-8061
```