JUROR'S LAST NAME_____

JUROR'S NUMBER _____

```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES V. MATTHEW DWINELLS

**_____JUROR QUESTIONNAIRE**

TO THE PROSPECTIVE JUROR:

   The information given in this questionnaire will be used by the court and the parties to select a qualified jury.  Once the jury is selected, all copies of this document will be returned to the court and maintained under secure conditions.  They will not be made available to the public or the media.  All information provided by you will be kept confidential.

   Please answer the questions as completely and accurately as you can.  Your complete written answers will save a great deal of time for everyone. It is important that you be as truthful and honest as you can.  Please also keep in mind the following:

1.  If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question.  Do not ask court personnel for clarification.

2.  If you cannot answer a question because you do not know the answer, write "Do not know" in the space after the question.

3.  Please do not write on the back of any page.  Use the blank pages at the end of the form (front side only), where there is insufficient room on the form for your answer.  When using the blank pages, please include the number of the question you are answering.  If there is insufficient space even on the front of the blank pages to provide a complete answer, write as much as you can, then indicate "Need More Space" and stop.  You may be given an opportunity to amplify later.

4.  Please print or write legibly in ink.

    At the end of the questionnaire, please sign it.  Thank you for giving your time to support this essential component of our democracy.

1. Name _____    Juror Number: _____

2. Age: _____

   State and City of Birth: _____

   Sex: M _____    F _____    Race: _____

3. Address: _____
               (City)      (State)     (Zip Code)

   No. of Years at current residence: _____

   Do you currently: own _____ rent _____

   Live in someone else's home?

4. Trial of this case is expected to last approximately two weeks.  Do you have any of the following problems?  (Please check all that apply to you)

       _____ Regular medical appointments
       _____ Someone sick to care for
       _____ Small children to care for
       _____ An elderly family member to care for
       _____ A vacation that cannot be rescheduled
       _____ Some other problem which will make it difficult for you to serve as a juror for two weeks (please explain)

   _____

   _____

   _____

5. Do you have any physical or medical problems which would make jury duty difficult for you?

   If yes, please explain

6. How long have you lived in Massachusetts? _____

7. How much education do you have?

2

      Do you have any advanced degrees?     If so, in what field?

_____Are you presently a student?     If so, in what course of study?

8. Do you have any special training or skills?

   If yes, please list that special training or those skills below.

10. What is your occupation? _____

    Name of your employer: _____

    Address of employer: _____
                         (City)          (State)

    Length of employment: _____

    Present job description: _____

11. If you are not currently employed outside the home, please check the category that best describes your present status.

    _____ Homemaker

    _____ Stay at home parent

    _____ Retired

    _____ Unemployed-currently looking for work

    _____ Unemployed-not currently looking for work

    _____ Student

    _____ Disabled

    _____ Other: Please explain

12.  Are you: Married _____    Single _____

   Living with significant other _____    Separated _____

   Divorced _____    Widowed _____

13.  Spouse's or significant others':

   Name: _____

   _____Occupation: _____

   Prior Occupations: _____

14.  Do you have children?

   If so, please list the sex and age of each child.  If the child is over 18 years of age, please also list his/her current occupation.

   <u>Male/Female</u>         <u>Age</u>       <u>Occupation</u>

   _____

   _____

   _____

15.  During the past 10 years, have any of you served on a jury or been excluded from a jury?   If so, was the case civil or criminal?

   Without saying the outcome, did the jury reach a verdict?

   Will you be able to put aside your prior jury experience as you sit in this case, ignore completely anything you learned about the law, and decide this case solely on the basis of the evidence that I admit during this trial and on the law as I instruct you in it?

16.  Have you, or has anyone in your immediate family, been a

4

    party to any lawsuit, whether civil or criminal?

    If so, who (you or a family member) was the party to the case?

    Was the person a plaintiff or a defendant?

    What was the nature of the case?

    Was it tried or settled?          What was the outcome?

    Is there anything about that experience that causes you to be unsure about your ability to decide this case fairly and impartially, and only on the basis of the evidence I admit during this trial and the law as I instruct you in it?

17. Have you, or has any member of your family, attended law school or had other training in the law?
    If so, can you put aside whatever knowledge of the law you may have acquired before today, and will you promise to apply only those legal principles in which I instruct you to the evidence in this case?

18. Have any of you ever worked for any local, state, or federal law enforcement agency, including the U.S. Postal Inspection Service?          If so, which agency?
    When?          Where?          What was your position?

    Have any of you ever had any particular experience with the U.S. Postal Inspection Service which may affect your ability

      to be fair and impartial in this case?

19. Have any of you, or has anyone close to you, ever been arrested or charged with a crime?     If so, who was arrested or charged?

    Were you, or the person involved, prosecuted in a court of law?     Was the case tried or settled?

    What was the outcome?

    How do you feel you, or the person involved, were treated, either by the police or anyone you or they dealt with afterwards?

20. Have you, your spouse, your significant other, a relative or a close friend ever been the victim of a crime?

    If so, please describe briefly the event:



    If the matter was referred to the authorities, were you satisfied with the way the matter was handled by the police or anyone else you dealt with afterwards?

    If not, why not?


21. Have any of you ever been a witness in state or federal court in any lawsuit, whether civil or criminal?

    For which side did you testify?

    What was the nature of the case?

    Is there anything about that experience that causes you to be unsure about your ability to decide this case fairly and

6

impartially, and only on the basis of the evidence I admit during this trial and the law as I instruct you in it?

22. Have you or has a close friend or family member ever made a complaint against a law enforcement officer or a police department?            If so, what was the nature of the complaint?
Was there anything about that experience that causes you to be unsure about your ability to decide this case fairly and impartially, and only on the basis of the evidence I admit during this trial and the law as I instruct you in it?

23. It is your duty as a juror to listen to the opinions and points of view of other members of the jury.  By the same token, it is also your duty as a juror to express your opinion or point of view regarding the evidence to other members of the jury.  Is there anyone here who would feel any reluctance in joining the discussion with the other members of the jury during deliberations?

Is there anyone here who might feel offended if other members of the jury disagreed with his or her view of the evidence?
Is there anyone here who might feel unable to listen to a fellow juror who disagreed with you?

24. Matthew Dwinells is charged with attempting to coerce or entice minors to engage in unlawful sexual conduct. Do you have any reaction to or opinion about these allegations that causes you to doubt your ability to be unfair or impartial in this case? If so, please explain.

25. Will the fact that this case involves allegations of potential sexual impropriety make it difficult for you to be fair to both sides in this case?

26. Were you personally affected by the recent priest sex abuse scandal here in the Boston Archdiocese? If so, how?

27. Have you or has anyone in your family ever been a victim of sexual abuse? If so, did the authorities become involved? What was the result?

28. Have you or has anyone in your family ever been accused of sexually abusing someone else? If so, did the authorities become involved? What was the result?

29. Have you or any family members or close friends ever worked for or volunteered with any organization or agency

8

investigating allegations of child abuse or working with victims of child abuse, including the Department of Social Services, victims' rights organizations, shelters for abused children, crisis centers, or the like?

_____ If so, please list in what office the person works, and what your relationship is to that person.

<u>Office Worked In</u>               <u>Relationship</u>

_____

_____

_____

30. Do you own a computer?
31. Do you have access to a computer at work?
32. Do you have internet access?
33. How do you use computer? (Check as many as apply)

    Work-related email _____

    work-related research _____

    Work-related data compilation or analysis _____

    Personal email _____

    Pay Bills _____

    Check news, financial, or sports reports _____

    Play games _____

    Chat _____

    Hobby-related or other personal research _____

    Study \_\_\_\_

    Music downloads \_\_\_\_

34. Do you have teenaged children who use the computer?
35. If so, do you feel you are aware of the extent of their use, or do you think you are in the dark about many of their computer activities?

    Do you have any concerns about their use of computers and/or the internet based on anything that has happened to your child?

\_\_\_\_I do hereby state that the answers which I have given in this questionnaire are true and complete to the best of my knowledge and belief.

_____
(Print Name)

_____
(Signature)

_____
(Date)