UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CRIMINAL NO. 04-10010-PBS |
| ) | |
| MATTHEW DWINELLS       ) | |

DEFENDANT'S WITNESS LIST

The defendant Matthew Dwinells anticipates calling the following witnesses at trial and reserves the right to supplement this list should it become necessary to do so.

1. Jeffrey Jack
2. Duane Coventry

                                                Respectfully submitted

                                                By his attorney,

                                                /s/ Syrie D. Fried
                                                Syrie D. Fried
                                                    B.B.O. #555815
                                                Federal Defender Office
                                                408 Atlantic Avenue, 3rd Floor
                                                Boston, MA  02110
                                                Tel: 617-223-8061