```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      :
                              :
     v.                       :
                              :         CRIMINAL NUMBER
MATTHEW DWINELLS,             :         04-10010-PBS
                              :
        Defendant             :
```

### GOVERNMENT'S LIST OF PROPOSED EXHIBITS

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, Assistant United States Attorney Donald L. Cabell, and Department of Justice Trial Attorney Sara L. Gottovi, hereby submits the following list of proposed exhibits which it may use during its case-in-chief at trial. The government respectfully reserves the right to amend or supplement this list of its proposed exhibits.

1. Chat transcripts for "Maria";

2. CD containing three telephone conversations on May 10, July 22 and July 31, 2002;

3. Photographs of "Maria" sent to the defendant;

4. Lingerie/underwear sent by "Maria" to the defendant;

5. "freeze-framed" printouts of images of defendant and defendant's genitals, sent by defendant to "Maria";

6. correspondence and packaging reflecting defendant's mailing of gold chain to "Maria";

7. Chat transcripts for Couchchild;

8. Chat transcripts for Ashley12988

9. Couchchild e-mails through AOL dated August 8 and September 8, 2002;

10. E-mails between the defendant and Ashley12988, various dates;

11. Color picture of the defendant;

12. Photograph of "Paige" (in T-shirt in front of tapestry);

13. Victoria's Secret envelope, Teddy, order confirmation, and copy of online catalogue page;

14. Online profiles of "Ashley" and "Paige";

15. Defendant's March 19, 2003 written statement; and

16. Demonstrative diagrams of internet.

    Respectfully submitted,
    MICHAEL J. SULLIVAN
    United States Attorney

BY: /s/Donald L. Cabell
    Donald L. Cabell
    Assistant U.S. Attorney
    One Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3105

    Sara L. Gottovi
    Trial Attorney, Department of Justice
    (202) 305-4133