UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CRIMINAL 04-10010-PBS |
| ) | |
| MATTHEW DWINELLS, ) | |
| Defendant. ) | |

RECEIVED 08/01/05 AT 4:35 PM

**VERDICT**

Saris, U.S.D.J.

**Count One**

    Not Guilty \_\_\_\_\_    Guilty ✓\_\_\_\_

**Count Two**

    Not Guilty \_\_\_\_\_    Guilty ✓\_\_\_\_

**Count Three**

    Not Guilty \_\_\_\_\_    Guilty ✓\_\_\_\_

We, the jury, unanimously concur in the above answers.

_____
JURY FOREPERSON

Dated: 8-1-2005