AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

PAGE 1

UNITED STATES
V.
MATTHEW DWINELLS

**EXHIBIT [redacted] LIST**

Case Number: 04-CR-10010-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | DON CABELL SARA GOTTOVI | SYRIE FRIED |
| TRIAL DATE (S) 7-25-05, 7-26, 7-27, 7-28, 7-29, 8-1 | COURT REPORTER NANCY EATON ~~Marie Cloonan~~ | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7-25-05 | | ✓ | BINDER CONTAINING PRINT-OUT OF CHAT LOGS |
| 2 | | 7-26-05 | | ✓ | SCREEN SHOT OF INTERNET ACTIVITY |
| 3 | | 7-26-05 | | ✓ | SCREEN SHOT OF INTERNET ACTIVITY |
| 4 | | 7-26-05 | | ✓ | SCREEN SHOT OF INTERNET ACTIVITY |
| 5 | | 7-26-05 | | ✓ | SCREEN SHOT OF INTERNET ACTIVITY |
| 6 | | 7-26-05 | | ✓ | SCREEN SHOT OF INTERNET ACTIVITY |
| 7 | | 7-26-05 | | ✓ | CD OF TAPED TELEPHONE CONVERSATIONS 5-10-02, 7-22-02, 7-31-02 |
| 8 | | 7-26-05 8-1-05 | ✓ | ✓ | PURPLE PANTIES |
| 9 | | 7-26-05 8-1-05 | ✓ | ✓ | LACE PANTIES |
| 10 | | 7-26-05 8-1-05 | ✓ | ✓ | TWO PHOTOGRAPHS |
| 7A | | 7-26-05 | ✓ | | TRANSCRIPT OF 7-22-02 PHONE CONVERSATION ON EX 7 |
| 7B | | 7-26-05 | ✓ | | TRANSCRIPT OF 7-31-02 PHONE CONVERSATION |
| | 1A | 7-27-05 | | ✓ | PHOTO OF MARIA |
| | 1B | 7-27-05 | | ✓ | PHOTO OF MARIA |
| | 1C | 7-27-05 | | ✓ | PHOTO OF MARIA |
| | 1D | 7-27-05 | | ✓ | PHOTO OF MARIA |
| | 1E | 7-27-05 | | ✓ | PHOTO OF MARIA |
| | 2 | 7-27-05 | | ✓ | GREETING CARD SENT TO DWINELLS BY MARIA |
| 11 | | 7-28-05 8-1-05 | ✓ | ✓ | BRA |
| 13 | | 7-28-05 | | ✓ | PROFILE OF "COUCH CHILD" |
| 12A | | 7-28-05 | | ✓ | PRINT OUT OF COUCH CHILD'S CHATS ON-LINE |
| 12B | | 7-28-05 | | ✓ | " " " " 7-17-02 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (REV. 7/87)

**EXHIBIT [redacted] LIST – CONTINUATION**

PAGE 2

UNITED STATES vs. MATTHEW DWINELLS

CASE NO. 04-CR-10010-PBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 12 C | | 7-28-05 | | ✓ | PRINTOUT OF COUCHCHILD'S CHAT ON-LINE 8-8-02 |
| 12 E | | 7-28-05 | | ✓ | PRINTOUT OF COUCHCHILD'S CHAT ON-LINE & 8-13-02 |
| 14 | | 7-28-05 | | ✓ | ENVELOPE & PICTURE |
| 15 | | 7-28-05 | | ✓ | PICTURE |
| 12 D | | 7-28-05 | | ✓ | PRINTOUT OF COUCHCHILD'S CHAT ON-LINE |
| | 3 | 7-28-05 | | ✓ | PRINTOUT OF CATALOGUE PICTURE |
| 12 F | | 7-29-05 | | ✓ | PRINTOUT OF COUCHCHILD'S CHAT ON-LINE 8-17-02 |
| 16 | | 7-29-05 | | ✓ | E-MAIL FROM PAIGE TO DWINELLS |
| 17 | | 7-29-05 | | ✓ | E-MAIL FROM COUCHCHILD TO DWINELLS |
| 18 | | 7-29-05 | | ✓ | AOL PROFILE OF ASHLEY |
| 19 A | | 7-29-05 | | ✓ | COPY OF EMAIL DWINELLS TO ASHLEY |
| 19 B | | 7-29-05 | | ✓ | COPY OF E-MAIL ASHLEY TO DWINELLS |
| 19 C | | 7-29-05 | | ✓ | " " " DWINELLS TO ASHLEY 11-4-02 |
| 19 D | | 7-29-05 | | ✓ | " " " ASHLEY TO DWINELLS 11-4-02 |
| 19 E | | 7-29-05 | | ✓ | " " " DWINELLS TO ASHLEY 11-5-02 |
| 19 F | | 7-29-05 | | ✓ | " " " DWINELLS TO ASHLEY 11-10-02 |
| 19 G | | 7-29-05 | | ✓ | " " " ASHLEY TO DWINELLS 11-10-02 |
| 19 H | | 7-29-05 | | ✓ | " " " 11-11-02 |
| 19 I | | 7-29-05 | | ✓ | " " " |
| 19 J | | 7-29-05 | | ✓ | " " " |
| 19 K | | 7-29-05 | | ✓ | " " " |
| 19 L | | 7-29-05 | | ✓ | " " " |
| 19 M | | 7-29-05 | | ✓ | " " " |
| 19 N | | 7-29-05 | | ✓ | " " " |
| 19 O | | 7-29-05 | | ✓ | " " " |
| 19 P | | 7-29-05 | | ✓ | " " " |
| 19 Q | | 7-29-05 | | ✓ | " " " |

PAGE 3

AO 187A (REV. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

UNITED STATES vs. MATTHEW DWINELLS

CASE NO. 04-CR-10010-PBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 R | | 7-29-05 | | ✓ | COPY OF E-MAIL |
| 19 S | | 7-29-05 | | ✓ | COPY OF E-MAIL |
| 20 | | 7-29-05 | | ✓ | RECEIPT FROM VICTORIA'S SECRET ON-LINE |
| 21 | | 7-29-05 | | ✓ | VICTORIA'S SECRET DELIVERY PACKAGE |
| 22 | | 7-29-05 | | ✓ | PICTURE OF MATTHEW DWINELLS SENT TO ASHLEY |
| | A | 7-29-05 | | | QUESTION FROM JUROR |
| | B | 8-1-05 | | | QUESTION FROM JUROR |
| 23 | | 8-1-05 | | ✓ | CARD |
| 24 | | 8-1-05 | | ✓ | WRITTEN STATEMENT – MATTHEW DWINELLS |
| | 4A | 8-1-05 | | ✓ | PRINTOUT OF YAHOO CHAT PAGE |
| | 4B | 8-1-05 | | ✓ | PRINTOUT OF YAHOO CHAT PAGE |
| | 4C | 8-1-05 | | ✓ | PRINTOUT OF YAHOO CHAT PAGE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |