AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

UNITED STATES
V.
MATTHEW DWINELLS

☐ WITNESS LIST

Case Number: 04-CR-10010-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | DON CABELL / SARA BOTTOVI | SYRIE FRIED |
| TRIAL DATE(S) 7-25-05, 7-26, 7-27, 7-28, 7-29, 8-1 | COURT REPORTER NANCY EATON ~~Marie Cloonan~~ | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | | | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7-25-05 / 7-26-05 | | | DOUG RODERICK - DAYTON OH POLICE |
| 2 | | 7-26-05 / 7-27-05 | 7-28-05 | | ANITA HAUSEN - DAYTON OH POLICE |
| 3 | | 7-28-05 | | | JEFF VORTISCH - BUFORD SC POLICE |
| 4 | | 7-29-05 | | | STEPHAN LEARL - US POSTAL INSPECTOR |
| 5 | | 7-29-05 / 8-1-05 | | | RICHARD IRVINE |
| | 1 | 8-1-05 | | | DUANE COVENTRY |
| | 2 | | | | MATTHEW DWINELLS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages