UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 04-10010-PBS

v.

MATTHEW DWINELLS

**ORDER**

July 29, 2005

    Pursuant to 18 U.S.C. Section 4285, this Court hereby ORDERS the United States Marshals Service to provide Matthew Dwinells with hotel accommodations in the city of Boston for the purpose of his trial from Friday, July 29, 2005, through Friday, August 5, 2005

Patti B. Saris
United States District Judge

Copies to:  All Counsel