UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
         v.                   )   CRIMINAL NO. 04-10010-PBS
                              )
MATTHEW DWINELLS              )
```

## MOTION TO ENLARGE TIME FOR RENEWING MOTION FOR JUDGMENT OF ACQUITTAL

Counsel for the defendant Matthew Dwinells moves this court to enlarge the time for him to renew his previously filed motion for a judgment of acquittal, pursuant to Rule 29(c)(1) of the Federal Rules of Criminal Procedure. Dwinells' renewed motions for judgments of acquittal would otherwise be due on August 8, 2005. Counsel needs additional time to brief the sufficiency to the evidence on counts 2 and 3 regarding proof that the completed sex acts could have been prosecuted under Massachusetts law, and to brief the sufficiency of the evidence to prove that Dwinells took substantial steps to complete the crimes, rather than having merely prepared to commit them. Counsel therefore requests that she be allowed until August 12, 2005 to file a written memorandum in support for the defendant's motions for judgments of acquittal.

```
                              MATTHEW DWINELLS

                              By his attorney,

                              /s/ Syrie D. Fried


                              Syrie D. Fried
                                 B.B.O. # 555815
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```