UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
              v.               )
                               )
MATTHEW DWINELLS               )       CR. NO. 04-10010-PBS
                               )

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, respectfully moves for an extension of time to respond to the defendant's post-verdict motion for a judgment of acquittal, from August 23, 2005 to September 12, 2005. In support of the motion, the undersigned AUSA had been preparing for a trial that was scheduled to begin on August 22, 2005 in the matter of United States v. Shon Rowell, Cr. No. 04-10164-DPW. That matter, coupled with the undersigned AUSA's ongoing obligations and plans to be away from the office from August 29th until September 6th, necessitates the need for an extension and the filing of the government's motion. Counsel for the defendant is away from the office until September 6th so her position on the government's motion could not be determined.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney


BY:   /s/Donald L. Cabell
      Donald L. Cabell
      Assistant U.S. Attorney
      One Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3105