

Your Honor,

My name is Matthew Duinnells, I was, recentally in your court. I was convicted of crimes were you have to attempt to meet someone. As you know I never did. I know the conversations I had with these people was nasty and I do apolgize for that. But, with all due respect thats all it was, talk. What drew me to these people was; we had something in common, supposedly they were growing up with a single parent I grew up with just a mother. Buying them gifts although one was innpropriate. I was trying to make them feel good. Do gifts breed intent I do not think so.

Now the conversations: In those three chats I started two. The third was initiated by "Ashley". "Paige" is the one that brought up sex and provocative pictures of herself. Yes I did ask for a picture of her and she sent it again, I was wrong. But, did I commit a crime? I do not think so. Also, I am the one that stopped talking to her. Then nineteen months later I am indicted for trying to have sex with her? Your honor I never left my house. Now "Ashley" she came looking for me. She was the one that started about provocative pictures and sex acts. Did I listen to her? Yes I did. Then I bought her something from Victorias Secrets after I asked



Now "Maria". Yes I started the chat. She did send me her picture. The one in the gym with the cheerleading outfit on. Did she look like a teenager? No. In my mind I thought she was a middle aged woman trying to relive her youth by role playing and being someone who wanted to dwell in some sort of fantasy chat. Which being on the internet lets you do because you can be anyone you want. So I played along. Yes I did ask her for her underwear and she sent it. She sent the second pair on her own. And, yes, on my own I did send her a gold chain. Did I think it was wrong? No. You can give anyone a gift. The talk was very dirty but, it was just talk. Did I attempt to meet her? No, again I never left my house. The Ohio police knew I was not coming there and stated so on the stand saying there was going to be no arrest in this case.

Your Honor, I was wrong for talking to these people but thats what is was, talk. I was never going to leave the state. I had a job paying me $44K a year. Why would I lose that? I eventually did because of chatting. I have friends, family here. My family is very important. My mother had a heart attack last year from the stress I put her under. I do not want

③

I SPENT THE LAST 29 MONTHS IN A STATE OF ANXIETY AND FEAR FOR BEING INDICTED ON 3 CHARGES I DID NOT COMMIT. I LOST THREE JOBS, AND A APARTMENT, MY FRIENDS AND SOME RESPECT FOR MYSELF. I HAVE SPENT 7 1/2 MONTHS IN JAIL FOR THESE CRIMES. THREE OF WHICH I AM NOT GUILTY. FOR, THE STATUTE SAYS I HAD TO MAKE A SIGNIFICANT STEP TO BREAK THE LAWS I AM CONVICTED OF WHICH I NEVER DID OR INTENDED TO DO. SO I WOULD LIKE FOR YOU TO SEE THROUGH THE EYES OF THE LAW THAT I WAS CONVICTED OF THREE CRIMES I DID NOT COMMIT.

YOUR HONOR, I AM NOT A BAD PERSON NOR AM I A CRIMINAL. I AM GUILTY OF BEING STUPID THATS ALL. I HAVE WORKED HARD ALL MY LIFE, PAID CHILD SUPPORT. GAVE SOMETHING BACK TO THE COMMUNITY WITH NUMEROUS CHARITIES. I HAVE DEVOTED TIME, ENERGY AND MONEY TO UNITED WAY, EASTER SEALS, WALK FOR HUNGER, TOYS FOR TOTS, AND THE ANGEL TREE (HELPING KIDS HAVE A CHRISTMAS).

YOUR HONOR, I AM GUILTY OF BAD AND STUPID TALK. WHICH I BELIEVE IT'S NOT A CRIME DUE TO THE FACT OF THE FIRST AMENDMENT OF THE U.S. CONSTITUTION. FREEDOM OF SPEECH. YOU STATED THAT IN YOUR JURY INSTRUCTIONS. I DO HOPE THE RIGHT THING IS DONE IN THIS CASE. I THANK YOU FOR YOUR TIME AND I APOLOGIZE TO