UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10010PBS |
| | ) | |
| MATTHEW DWINELLS | ) | |

<u>MOTION TO CONTINUE SENTENCING</u>

    The defendant Matthew Dwinells respectfully moves this Court for a continuance of the sentencing hearing in the above-captioned case. The sentencing is currently set for November 3, 2005.

    In support of this motion, undersigned counsel states that she is not able to schedule a presentence report interview before the second week in September. Counsel has tentatively scheduled this interview for September 9. This date makes it difficult for the Probation Department to complete its first draft of the report before early October, which in turn leaves too little time for comment and revision before the November 3 sentencing date. For this reason, counsel is moving at the request of the Probation Department for a continuance of this sentencing until the first week of December, 2005.

    Counsel has left a telephonic message for Assistant U.S. Attorney Donald Cabell regarding this motion for a continuance of the sentencing. Counsel cannot make any representations

1

regarding Mr. Cabell's position on this motion.

                                      MATTHEW DWINELLS

                                      By his attorney,

                                      /s/ Syrie D. Fried

                                      Syrie D. Fried
                                          B.B.O. # 555815
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061