UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 04-10010-PBS |
| ) | |
| MATTHEW DWINELLS ) | |

MOTION TO FILE MOTION UNDER SEAL

Counsel for the defendant Matthew Dwinells respectfully moves this Court for leave to file the accompanying motion under seal. As grounds for this motion, undersigned counsel submits that the accompanying motion reveals private information relating the defendant's sentencing preparation. As such, the motion reveals defense work product which ought not to be disclosed to the government.

Wherefore, for the above-stated reason, counsel for the defendant respectfully requests that this motion for leave to file the accompanying motion under seal be granted.

Respectfully submitted,

By his attorney,

Syrie D. Fried
B.B.O. # 555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

1