Table 14

## AVERAGE LENGTH OF IMPRISONMENT FOR OFFENDERS IN EACH CRIMINAL HISTORY CATEGORY BY PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2000

| PRIMARY OFFENSE | TOTAL | | | CRIMINAL HISTORY CATEGORY | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | I | | | II | | | III | | |
| | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| TOTAL | 55.9 | 33.0 | 48,124 | 39.5 | 24.0 | 22,347 | 52.9 | 30.0 | 5,493 | 58.7 | 37.0 | 7,617 |
| Murder | 268.7 | 240.0 | 75 | 257.1 | 210.0 | 39 | 214.3 | 140.0 | 11 | 249.0 | 187.5 | 10 |
| Manslaughter | 26.1 | 18.0 | 45 | 22.0 | 16.0 | 28 | 32.1 | 37.0 | 5 | 32.0 | 21.0 | 7 |
| Kidnapping/Hostage Taking | 163.5 | 94.5 | 70 | 137.9 | 71.0 | 42 | 107.5 | 84.5 | 6 | 140.7 | 135.0 | 9 |
| Sexual Abuse | 71.8 | 37.0 | 215 | 53.4 | 32.0 | 139 | 84.8 | 61.0 | 32 | 75.8 | 36.0 | 23 |
| Assault | 45.2 | 27.0 | 343 | 38.2 | 24.5 | 162 | 39.3 | 27.0 | 38 | 36.7 | 25.5 | 50 |
| Robbery | 110.5 | 77.0 | 1,668 | 76.9 | 49.0 | 454 | 89.8 | 60.0 | 189 | 104.2 | 63.0 | 276 |
| Arson | 72.0 | 60.0 | 67 | 41.6 | 43.5 | 30 | 68.5 | 60.0 | 6 | 138.2 | 60.0 | 13 |
| Drugs - Trafficking | 75.3 | 57.0 | 21,826 | 52.1 | 37.0 | 11,987 | 76.7 | 60.0 | 2,599 | 88.6 | 66.0 | 3,252 |
| Drugs - Communication Facility | 48.0 | 48.0 | 338 | 40.2 | 48.0 | 137 | 52.0 | 48.0 | 54 | 50.1 | 48.0 | 54 |
| Drugs - Simple Possession | 19.7 | 6.0 | 171 | 13.8 | 6.0 | 54 | 13.6 | 6.0 | 30 | 18.6 | 6.0 | 35 |
| Firearms | 63.8 | 41.0 | 3,117 | 33.7 | 18.0 | 599 | 36.3 | 27.0 | 364 | 39.3 | 30.0 | 616 |
| Burglary/B&E | 28.3 | 24.0 | 47 | 15.1 | 15.0 | 14 | -- | -- | 1 | 26.9 | 21.0 | 7 |
| Auto Theft | 55.5 | 24.0 | 179 | 29.1 | 14.0 | 67 | 91.8 | 25.5 | 20 | 86.2 | 27.0 | 31 |
| Larceny | 15.8 | 12.0 | 1,011 | 13.7 | 8.0 | 425 | 12.1 | 10.0 | 117 | 14.0 | 10.0 | 182 |
| Fraud | 18.1 | 12.0 | 3,977 | 15.9 | 12.0 | 2,483 | 15.3 | 12.0 | 427 | 17.9 | 13.0 | 447 |
| Embezzlement | 9.9 | 5.0 | 515 | 9.0 | 4.0 | 451 | 7.9 | 6.0 | 26 | 18.3 | 12.0 | 19 |
| Forgery/Counterfeiting | 17.1 | 13.0 | 770 | 12.4 | 12.0 | 264 | 14.0 | 12.0 | 87 | 13.5 | 12.0 | 160 |
| Bribery | 16.3 | 12.0 | 133 | 14.4 | 12.0 | 105 | 11.1 | 8.0 | 9 | 14.1 | 8.0 | 7 |
| Tax | 16.7 | 12.0 | 401 | 16.1 | 12.0 | 323 | 16.2 | 14.0 | 39 | 19.7 | 15.0 | 28 |
| Money Laundering | 46.3 | 33.0 | 784 | 40.1 | 30.0 | 599 | 56.7 | 46.0 | 71 | 63.2 | 46.0 | 66 |
| Racketeering/Extortion | 97.3 | 60.0 | 766 | 65.7 | 44.5 | 370 | 79.0 | 60.0 | 105 | 119.0 | 87.0 | 109 |
| Gambling/Lottery | 14.4 | 11.5 | 24 | 14.1 | 11.0 | 17 | -- | -- | 2 | -- | -- | 1 |
| Civil Rights | 38.6 | 18.0 | 54 | 46.5 | 24.0 | 37 | 20.2 | 12.0 | 5 | 13.0 | 15.0 | 4 |
| Immigration | 28.8 | 24.0 | 9,781 | 11.2 | 6.0 | 2,602 | 19.1 | 15.0 | 1,089 | 27.0 | 26.0 | 1,976 |
| Pornography/Prostitution | 46.7 | 30.0 | 462 | 38.4 | 27.0 | 354 | 63.7 | 41.0 | 43 | 54.8 | 33.0 | 31 |
| Prison Offenses | 18.9 | 14.0 | 269 | 9.0 | 6.0 | 7 | 47.3 | 12.0 | 3 | 14.8 | 12.0 | 59 |
| Administration of Justice Offenses | 24.7 | 15.0 | 618 | 21.3 | 13.0 | 331 | 21.6 | 18.0 | 76 | 24.1 | 15.0 | 94 |
| Environmental/Wildlife | 14.8 | 9.5 | 60 | 15.6 | 9.5 | 46 | 12.8 | 9.0 | 4 | 14.3 | 12.0 | 3 |
| National Defense | 27.4 | 21.5 | 8 | 21.3 | 15.0 | 7 | -- | -- | 0 | -- | -- | 1 |
| Antitrust | 12.7 | 6.5 | 14 | 13.1 | 5.0 | 13 | -- | -- | 1 | -- | -- | 0 |
| Food & Drug | 18.1 | 12.0 | 17 | 16.1 | 12.0 | 11 | -- | -- | 0 | 14.8 | 6.0 | 5 |
| Other Miscellaneous Offenses | 27.8 | 15.0 | 299 | 21.0 | 12.0 | 150 | 17.9 | 12.0 | 34 | 28.5 | 15.0 | 42 |

[1] Of the 59,846 cases, 9,357 with zero months prison ordered were excluded. In addition, 2,365 cases were excluded due to one or more of the following reasons: missing primary offense category (77), missing criminal history category (1,231), or missing or indeterminable sentencing information (1,232). The information in this table does not include any time of confinement as defined in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

## Table 14 (cont.)

| | CRIMINAL HISTORY CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IV | | | V | | | VI (non-career offender) | | | VI (career offender)[2] | | |
| PRIMARY OFFENSE | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| TOTAL | 64.9 | 46.0 | 4,531 | 72.1 | 57.0 | 2,826 | 82.5 | 60.0 | 3,888 | 174.8 | 151.0 | 1,422 |
| Murder | -- | -- | 2 | 271.2 | 336.0 | 5 | 368.3 | 470.0 | 6 | -- | -- | 2 |
| Manslaughter | 26.0 | 24.0 | 3 | -- | -- | 0 | -- | -- | 2 | -- | -- | 0 |
| Kidnapping/Hostage Taking | 130.3 | 110.0 | 3 | 342.3 | 319.0 | 4 | 286.3 | 262.0 | 4 | -- | -- | 2 |
| Sexual Abuse | 87.7 | 70.0 | 7 | 128.3 | 97.5 | 6 | 305.3 | 148.5 | 6 | -- | -- | 2 |
| Assault | 55.4 | 37.0 | 22 | 47.4 | 33.0 | 19 | 64.4 | 51.0 | 35 | 95.6 | 77.0 | 17 |
| Robbery | 104.1 | 77.0 | 189 | 105.5 | 84.0 | 139 | 138.4 | 105.0 | 209 | 190.3 | 153.5 | 212 |
| Arson | 57.3 | 60.0 | 8 | 77.5 | 69.0 | 6 | 69.0 | 60.0 | 3 | -- | -- | 1 |
| Drugs - Trafficking | 105.7 | 84.0 | 1,475 | 121.1 | 100.0 | 752 | 143.1 | 120.0 | 740 | 175.6 | 155.0 | 1,021 |
| Drugs - Communication Facility | 44.0 | 48.0 | 27 | 60.6 | 48.0 | 16 | 64.3 | 48.0 | 28 | 57.1 | 48.0 | 22 |
| Drugs - Simple Possession | 30.8 | 10.0 | 13 | 40.9 | 12.0 | 11 | 25.4 | 12.0 | 28 | -- | -- | 0 |
| Firearms | 59.8 | 46.0 | 520 | 74.5 | 63.0 | 377 | 119.9 | 92.0 | 588 | 219.1 | 188.0 | 53 |
| Burglary/B&E | 31.7 | 25.0 | 10 | 41.8 | 40.0 | 4 | 36.2 | 33.5 | 10 | -- | -- | 1 |
| Auto Theft | 55.9 | 24.0 | 18 | 34.2 | 25.5 | 10 | 60.8 | 41.0 | 32 | -- | -- | 1 |
| Larceny | 19.6 | 13.0 | 86 | 21.3 | 18.0 | 74 | 21.8 | 15.5 | 126 | -- | -- | 1 |
| Fraud | 24.5 | 20.0 | 233 | 30.0 | 27.0 | 134 | 32.1 | 30.0 | 253 | -- | -- | 0 |
| Embezzlement | 20.6 | 12.0 | 11 | -- | -- | 2 | 38.5 | 27.0 | 6 | -- | -- | 0 |
| Forgery/Counterfeiting | 17.1 | 15.0 | 70 | 22.5 | 21.0 | 71 | 31.2 | 24.0 | 118 | -- | -- | 0 |
| Bribery | 18.2 | 15.0 | 6 | 56.7 | 18.0 | 3 | 56.3 | 27.0 | 3 | -- | -- | 0 |
| Tax | 36.3 | 30.0 | 3 | 21.4 | 21.0 | 5 | 32.7 | 32.0 | 3 | -- | -- | 0 |
| Money Laundering | 83.5 | 51.0 | 25 | 89.6 | 83.0 | 7 | 87.1 | 70.0 | 15 | -- | -- | 1 |
| Racketeering/Extortion | 146.4 | 102.0 | 55 | 154.2 | 102.0 | 41 | 141.7 | 102.0 | 42 | 196.6 | 165.0 | 44 |
| Gambling/Lottery | -- | -- | 2 | -- | -- | 0 | -- | -- | 2 | -- | -- | 0 |
| Civil Rights | 20.0 | 24.0 | 3 | -- | -- | 0 | 22.8 | 23.0 | 4 | -- | -- | 1 |
| Immigration | 36.1 | 37.0 | 1,595 | 44.1 | 46.0 | 1,044 | 50.5 | 51.0 | 1,472 | 127.3 | 130.0 | 3 |
| Pornography/Prostitution | 78.4 | 39.0 | 9 | 56.6 | 57.0 | 11 | 144.5 | 112.0 | 10 | 185.8 | 155.0 | 4 |
| Prison Offenses | 12.3 | 12.0 | 67 | 17.3 | 12.0 | 39 | 22.6 | 18.0 | 74 | 42.4 | 37.0 | 20 |
| Administration of Justice Offenses | 44.6 | 31.5 | 48 | 26.1 | 24.0 | 27 | 34.0 | 30.0 | 41 | -- | -- | 1 |
| Environmental/Wildlife | 6.7 | 5.0 | 3 | 10.7 | 9.0 | 3 | -- | -- | 1 | -- | -- | 0 |
| National Defense | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Antitrust | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Food & Drug | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 |
| Other Miscellaneous Offenses | 27.2 | 22.5 | 18 | 31.8 | 24.0 | 15 | 51.2 | 28.0 | 27 | 78.6 | 60.0 | 13 |

[2] Career offender information is based on the recommendation of the probation officer in the PSR, if information from the sentencing court was missing or unavailable. As a result, the number of career offenders represented here is higher than the number reported in Tables 20 and 22.

SOURCE: U.S. Sentencing Commission, 2000 Datafile, USSCFY00.

Table 7

## AVERAGE LENGTH OF IMPRISONMENT BY PRIMARY OFFENSE CATEGORY
### Fiscal Year 2000

| PRIMARY OFFENSE | National | | | First Circuit | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | Number | Mean Months | Median Months | Number |
| TOTAL | 55.2 | 33.0 | 49,192 | 60.4 | 41.0 | 1,205 |
| Murder | 271.3 | 240.0 | 76 | -- | -- | 1 |
| Manslaughter | 26.1 | 18.0 | 45 | -- | -- | 0 |
| Kidnapping/Hostage Taking | 167.8 | 97.0 | 71 | 194.0 | 137.0 | 5 |
| Sexual Abuse | 71.5 | 37.0 | 216 | -- | -- | 1 |
| Assault | 44.6 | 27.0 | 350 | 37.3 | 12.5 | 54 |
| Robbery | 110.6 | 77.0 | 1,678 | 100.2 | 100.0 | 27 |
| Arson | 72.0 | 60.0 | 67 | 90.7 | 72.0 | 3 |
| Drugs - Trafficking | 75.3 | 57.0 | 21,908 | 70.5 | 57.0 | 686 |
| Drugs - Communication Facility | 48.2 | 48.0 | 339 | 36.6 | 48.0 | 5 |
| Drugs - Simple Possession | 18.5 | 6.0 | 184 | 14.7 | 7.0 | 3 |
| Firearms | 64.1 | 41.0 | 3,143 | 79.1 | 47.0 | 82 |
| Burglary/B&E | 28.3 | 24.0 | 47 | -- | -- | 1 |
| Auto Theft | 55.5 | 24.0 | 179 | 262.2 | 262.0 | 5 |
| Larceny | 15.6 | 12.0 | 1,021 | 19.2 | 13.0 | 17 |
| Fraud | 18.0 | 12.0 | 4,018 | 18.0 | 12.0 | 111 |
| Embezzlement | 9.9 | 5.0 | 515 | 10.0 | 9.0 | 10 |
| Forgery/Counterfeiting | 17.0 | 13.0 | 776 | 21.9 | 15.0 | 10 |
| Bribery | 16.2 | 12.0 | 135 | 12.0 | 12.0 | 3 |
| Tax | 16.6 | 12.0 | 405 | 14.9 | 12.0 | 12 |
| Money Laundering | 46.3 | 33.0 | 789 | 36.0 | 24.0 | 46 |
| Racketeering/Extortion | 98.0 | 60.0 | 768 | 80.4 | 47.0 | 36 |
| Gambling/Lottery | 14.4 | 11.5 | 24 | -- | -- | 1 |
| Civil Rights | 38.6 | 18.0 | 54 | -- | -- | 0 |
| Immigration | 27.8 | 24.0 | 10,535 | 36.2 | 41.0 | 91 |
| Pornography/Prostitution | 47.0 | 30.0 | 467 | 34.3 | 30.0 | 15 |
| Prison Offenses | 18.8 | 13.0 | 272 | -- | -- | 1 |
| Administration of Justice Offenses | 25.1 | 15.0 | 628 | 20.6 | 15.0 | 19 |
| Environmental/Wildlife | 14.5 | 9.5 | 62 | -- | -- | 2 |
| National Defense | 30.9 | 29.0 | 10 | -- | -- | 0 |
| Antitrust | 12.7 | 6.5 | 14 | -- | -- | 0 |
| Food & Drug | 23.1 | 12.0 | 18 | -- | -- | 2 |
| Other Miscellaneous Offenses | 23.0 | 12.0 | 378 | 67.8 | 8.5 | 6 |

Of the 59,846 guideline cases, 10,654 cases were excluded for one or more of the following reasons: zero months prison ordered (9,357), missing primary offense category (257) or missing or indeterminable sentencing information (1,232).

Of the 1,488 guideline cases from the First Circuit, 283 cases were excluded due to one or more of the following reasons: zero prison months ordered (264), missing primary offense category (3) or missing or indeterminable sentencing information (19).

SOURCE: United States Sentencing Commission, Office of Policy Analysis, 2000 Datafile, OPAFY00.

10

Table 14

## AVERAGE LENGTH OF IMPRISONMENT FOR OFFENDERS IN EACH CRIMINAL HISTORY CATEGORY BY PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2001

|  | TOTAL | | | CRIMINAL HISTORY CATEGORY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | I | | | II | | | III | | |
| PRIMARY OFFENSE | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| TOTAL | 55.6 | 34.0 | 48,509 | 40.3 | 24.0 | 21,934 | 54.1 | 33.0 | 5,640 | 55.9 | 36.0 | 7,903 |
| Murder | 210.6 | 153.5 | 86 | 167.1 | 108.0 | 42 | 247.5 | 240.0 | 11 | 250.2 | 216.0 | 17 |
| Manslaughter | 34.3 | 21.0 | 49 | 26.7 | 14.0 | 33 | 41.3 | 31.5 | 6 | -- | -- | 2 |
| Kidnapping/Hostage Taking | 184.8 | 127.5 | 52 | 147.5 | 90.0 | 31 | 159.3 | 135.0 | 7 | 185.6 | 195.0 | 5 |
| Sexual Abuse | 65.2 | 36.0 | 189 | 58.4 | 36.0 | 137 | 77.8 | 87.0 | 19 | 80.5 | 24.0 | 20 |
| Assault | 37.7 | 30.0 | 348 | 31.2 | 27.0 | 161 | 26.3 | 24.0 | 35 | 35.2 | 30.0 | 55 |
| Robbery | 95.2 | 70.0 | 1,578 | 66.7 | 51.0 | 425 | 72.1 | 51.0 | 157 | 72.5 | 57.0 | 248 |
| Arson | 97.3 | 60.0 | 57 | 93.1 | 60.0 | 22 | 74.0 | 60.0 | 7 | 162.6 | 97.0 | 11 |
| Drugs - Trafficking | 72.7 | 51.0 | 22,511 | 50.9 | 37.0 | 12,368 | 76.7 | 60.0 | 2,703 | 84.0 | 62.0 | 3,291 |
| Drugs - Communication Facility | 47.8 | 48.0 | 386 | 43.5 | 48.0 | 151 | 46.0 | 48.0 | 54 | 55.2 | 48.0 | 74 |
| Drugs - Simple Possession | 17.1 | 6.0 | 213 | 9.9 | 6.0 | 80 | 9.8 | 3.5 | 28 | 14.1 | 5.5 | 40 |
| Firearms | 72.0 | 46.0 | 4,003 | 44.7 | 21.0 | 700 | 53.6 | 27.0 | 430 | 50.2 | 33.0 | 858 |
| Burglary/B&E | 24.1 | 20.0 | 35 | 27.4 | 19.5 | 10 | 16.7 | 18.0 | 3 | 20.0 | 19.5 | 8 |
| Auto Theft | 59.7 | 24.0 | 132 | 35.0 | 12.0 | 47 | 67.1 | 18.0 | 21 | 70.1 | 21.0 | 26 |
| Larceny | 15.8 | 12.0 | 967 | 14.3 | 10.0 | 408 | 12.9 | 10.0 | 126 | 13.9 | 12.0 | 148 |
| Fraud | 18.8 | 15.0 | 4,336 | 16.0 | 12.0 | 2,495 | 18.2 | 14.0 | 481 | 19.3 | 15.0 | 577 |
| Embezzlement | 8.0 | 5.0 | 418 | 7.7 | 5.0 | 374 | 9.7 | 8.0 | 17 | 10.8 | 10.0 | 17 |
| Forgery/Counterfeiting | 17.0 | 15.0 | 775 | 13.9 | 12.0 | 264 | 12.9 | 11.0 | 91 | 14.9 | 12.0 | 138 |
| Bribery | 19.0 | 12.0 | 91 | 17.8 | 12.0 | 77 | 14.0 | 11.5 | 4 | 34.0 | 16.5 | 4 |
| Tax | 16.6 | 12.0 | 294 | 15.0 | 12.0 | 228 | 19.1 | 15.0 | 33 | 21.3 | 21.0 | 19 |
| Money Laundering | 47.7 | 37.0 | 698 | 43.5 | 34.0 | 523 | 48.6 | 39.0 | 66 | 64.7 | 45.0 | 59 |
| Racketeering/Extortion | 105.4 | 60.0 | 570 | 76.2 | 55.0 | 279 | 105.4 | 60.0 | 79 | 109.1 | 63.0 | 77 |
| Gambling/Lottery | 12.1 | 9.0 | 48 | 10.4 | 9.0 | 26 | 12.8 | 8.0 | 15 | 6.7 | 6.0 | 3 |
| Civil Rights | 29.2 | 19.5 | 46 | 29.1 | 16.0 | 27 | 17.8 | 15.0 | 4 | 26.2 | 22.0 | 9 |
| Immigration | 28.7 | 24.0 | 8,876 | 12.1 | 7.0 | 2,101 | 20.8 | 15.0 | 1,062 | 26.4 | 24.0 | 1,968 |
| Pornography/Prostitution | 59.1 | 36.0 | 499 | 50.0 | 30.0 | 378 | 68.4 | 40.0 | 51 | 88.1 | 53.0 | 34 |
| Prison Offenses | 18.0 | 12.0 | 268 | 18.8 | 7.5 | 12 | 9.7 | 4.0 | 7 | 10.4 | 12.0 | 56 |
| Administration of Justice Offenses | 25.3 | 18.0 | 593 | 22.3 | 15.0 | 324 | 24.7 | 18.0 | 67 | 20.4 | 15.0 | 98 |
| Environmental/Wildlife | 14.1 | 12.0 | 53 | 13.8 | 10.0 | 41 | 16.5 | 8.5 | 8 | -- | -- | 2 |
| National Defense | 35.8 | 35.5 | 4 | 35.8 | 35.5 | 4 | -- | -- | 0 | -- | -- | 0 |
| Antitrust | 8.4 | 6.0 | 7 | 7.8 | 6.0 | 6 | -- | -- | 0 | -- | -- | 0 |
| Food & Drug | 20.0 | 15.0 | 18 | 16.9 | 12.0 | 14 | -- | -- | 2 | -- | -- | 2 |
| Other Miscellaneous Offenses | 24.5 | 12.0 | 309 | 20.0 | 10.5 | 146 | 17.8 | 10.0 | 46 | 20.3 | 12.0 | 37 |

[1] Of the 59,897 cases, 9,247 with zero months prison ordered were excluded. In addition, 2,141 cases were excluded due to one or more of the following reasons: missing primary offense category (85), missing criminal history category (1,272), or missing or indeterminable sentencing information (977). The information in this table does not include any time of confinement as defined in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

30

Table 14 (cont.)

| | CRIMINAL HISTORY CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IV | | | V | | | VI (non-career offender) | | | VI (career offender)[2] | | |
| PRIMARY OFFENSE | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| TOTAL | 63.8 | 46.0 | 4,879 | 69.1 | 50.0 | 2,830 | 80.9 | 60.0 | 3,950 | 173.7 | 151.0 | 1,373 |
| Murder | 211.8 | 168.0 | 5 | 231.5 | 169.0 | 4 | -- | -- | 1 | 335.2 | 445.0 | 6 |
| Manslaughter | -- | -- | 2 | 46.0 | 34.0 | 3 | -- | -- | 1 | -- | -- | 2 |
| Kidnapping/Hostage Taking | -- | -- | 2 | -- | -- | 1 | 421.3 | 470.0 | 3 | 258.7 | 240.0 | 3 |
| Sexual Abuse | 64.2 | 32.0 | 6 | -- | -- | 2 | 135.5 | 98.0 | 4 | -- | -- | 1 |
| Assault | 32.7 | 18.0 | 27 | 37.3 | 39.0 | 18 | 59.6 | 60.0 | 37 | 98.0 | 84.0 | 15 |
| Robbery | 89.0 | 70.0 | 216 | 105.8 | 87.0 | 115 | 118.7 | 87.0 | 185 | 169.3 | 151.0 | 232 |
| Arson | 76.4 | 60.0 | 5 | 69.0 | 58.5 | 4 | 61.3 | 60.0 | 6 | -- | -- | 2 |
| Drugs - Trafficking | 100.1 | 83.0 | 1,607 | 116.8 | 96.0 | 757 | 132.7 | 115.0 | 820 | 172.6 | 151.0 | 965 |
| Drugs - Communication Facility | 41.4 | 47.0 | 34 | 49.2 | 48.0 | 19 | 50.6 | 48.0 | 37 | 65.2 | 48.0 | 17 |
| Drugs - Simple Possession | 19.6 | 6.0 | 21 | 42.1 | 12.0 | 19 | 32.0 | 12.0 | 24 | -- | -- | 1 |
| Firearms | 65.0 | 46.0 | 718 | 75.0 | 60.0 | 440 | 115.3 | 86.0 | 787 | 293.1 | 250.5 | 70 |
| Burglary/B&E | 21.0 | 15.0 | 3 | -- | -- | 2 | 27.6 | 27.0 | 9 | -- | -- | 0 |
| Auto Theft | 75.3 | 61.0 | 12 | 52.4 | 36.0 | 5 | 87.9 | 41.0 | 21 | -- | -- | 0 |
| Larceny | 15.4 | 12.0 | 86 | 19.9 | 18.0 | 77 | 23.7 | 19.5 | 122 | -- | -- | 0 |
| Fraud | 23.1 | 16.0 | 289 | 25.5 | 24.0 | 195 | 33.4 | 28.0 | 299 | -- | -- | 0 |
| Embezzlement | 13.1 | 12.0 | 7 | -- | -- | 2 | -- | -- | 1 | -- | -- | 0 |
| Forgery/Counterfeiting | 19.6 | 18.0 | 110 | 21.0 | 18.0 | 64 | 26.0 | 24.0 | 108 | -- | -- | 0 |
| Bribery | -- | -- | 2 | -- | -- | 1 | 41.7 | 41.0 | 3 | -- | -- | 0 |
| Tax | 25.1 | 27.0 | 11 | 47.0 | 24.0 | 3 | -- | -- | 0 | -- | -- | 0 |
| Money Laundering | 71.5 | 48.0 | 23 | 79.9 | 70.0 | 11 | 58.8 | 60.0 | 15 | -- | -- | 1 |
| Racketeering/Extortion | 165.1 | 120.0 | 54 | 136.8 | 96.0 | 31 | 185.5 | 108.0 | 25 | 171.2 | 151.0 | 25 |
| Gambling/Lottery | 22.0 | 10.0 | 3 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Civil Rights | 39.3 | 36.5 | 4 | -- | -- | 0 | -- | -- | 2 | -- | -- | 0 |
| Immigration | 35.5 | 37.0 | 1,466 | 42.7 | 41.0 | 973 | 47.3 | 42.0 | 1,306 | -- | -- | 0 |
| Pornography/Prostitution | 116.6 | 74.0 | 14 | 98.3 | 89.0 | 8 | 106.8 | 77.0 | 12 | -- | -- | 2 |
| Prison Offenses | 13.2 | 10.0 | 67 | 17.6 | 12.0 | 44 | 24.0 | 18.0 | 60 | 38.5 | 37.0 | 22 |
| Administration of Justice Offenses | 33.8 | 26.0 | 57 | 38.6 | 30.0 | 19 | 44.3 | 36.0 | 25 | 117.3 | 112.0 | 3 |
| Environmental/Wildlife | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 |
| National Defense | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Antitrust | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Food & Drug | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Other Miscellaneous Offenses | 29.6 | 25.5 | 26 | 21.8 | 19.5 | 12 | 47.1 | 33.0 | 36 | 61.8 | 54.0 | 6 |

[2] Career offender information is based on the recommendation of the probation officer in the PSR, if information from the sentencing court was missing or unavailable. As a result, the number of career offenders represented here is higher than the number reported in Tables 20 and 22.

SOURCE: U.S. Sentencing Commission, 2001 Datafile, USSCFY01.

31

Table 7

AVERAGE LENGTH OF IMPRISONMENT BY PRIMARY OFFENSE CATEGORY
Fiscal Year 2001

| PRIMARY OFFENSE | National | | | First Circuit | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | Number | Mean Months | Median Months | Number |
| TOTAL | 54.9 | 33.0 | 49,613 | 64.8 | 46.0 | 1,358 |
| Murder | 210.6 | 153.5 | 66 | 223.5 | 183.0 | 4 |
| Manslaughter | 34.1 | 21.0 | 50 | -- | -- | 0 |
| Kidnapping/Hostage Taking | 184.8 | 127.5 | 52 | -- | -- | 2 |
| Sexual Abuse | 65.2 | 36.0 | 189 | -- | -- | 2 |
| Assault | 37.4 | 30.0 | 351 | 24.7 | 26.5 | 6 |
| Robbery | 95.7 | 70.0 | 1,585 | 108.6 | 76.0 | 31 |
| Arson | 97.3 | 60.0 | 57 | -- | -- | 2 |
| Drugs - Trafficking | 72.7 | 51.0 | 22,622 | 76.8 | 60.0 | 832 |
| Drugs - Communication Facility | 47.8 | 48.0 | 390 | 33.9 | 19.0 | 7 |
| Drugs - Simple Possession | 15.7 | 6.0 | 245 | 35.5 | 10.0 | 4 |
| Firearms | 72.0 | 46.0 | 4,082 | 68.9 | 36.5 | 86 |
| Burglary/B&E | 24.1 | 20.0 | 35 | -- | -- | 0 |
| Auto Theft | 59.7 | 24.0 | 132 | 285.7 | 360.0 | 3 |
| Larceny | 15.7 | 12.0 | 975 | 17.9 | 12.0 | 13 |
| Fraud | 18.7 | 14.0 | 4,432 | 15.7 | 12.0 | 103 |
| Embezzlement | 7.9 | 5.0 | 421 | 21.9 | 15.0 | 7 |
| Forgery/Counterfeiting | 17.0 | 15.0 | 778 | 13.9 | 11.0 | 14 |
| Bribery | 19.0 | 12.0 | 91 | -- | -- | 1 |
| Tax | 16.6 | 12.0 | 296 | 12.9 | 12.0 | 9 |
| Money Laundering | 47.7 | 37.0 | 702 | 36.6 | 33.0 | 41 |
| Racketeering/Extortion | 105.2 | 60.0 | 573 | 121.7 | 83.0 | 18 |
| Gambling/Lottery | 12.1 | 9.0 | 48 | -- | -- | 2 |
| Civil Rights | 29.2 | 19.5 | 46 | -- | -- | 1 |
| Immigration | 27.8 | 24.0 | 9,499 | 34.2 | 41.0 | 120 |
| Pornography/Prostitution | 59.1 | 36.0 | 499 | 43.3 | 36.0 | 23 |
| Prison Offenses | 18.0 | 12.0 | 272 | -- | -- | 0 |
| Administration of Justice Offenses | 25.2 | 18.0 | 604 | 27.7 | 18.0 | 15 |
| Environmental/Wildlife | 13.7 | 10.0 | 55 | -- | -- | 2 |
| National Defense | 31.0 | 30.0 | 5 | -- | -- | 0 |
| Antitrust | 8.4 | 6.0 | 7 | -- | -- | 0 |
| Food & Drug | 20.0 | 15.0 | 18 | -- | -- | 2 |
| Other Miscellaneous Offenses | 19.4 | 10.0 | 416 | 12.6 | 11.0 | 7 |

Of the 59,897 guideline cases, 10,284 cases were excluded for one or more of the following reasons: zero months prison ordered (9,247), missing primary offense category (206) or missing or indeterminable sentencing information (977).

Of the 1,648 guideline cases from the First Circuit, 290 cases were excluded due to one or more of the following reasons: zero prison months ordered (271), missing primary offense category (3) or missing or indeterminable sentencing information (19).

SOURCE: United States Sentencing Commission, Office of Policy Analysis, 2001 Datafile, OPAFY01.

10

Table 14

## AVERAGE LENGTH OF IMPRISONMENT FOR OFFENDERS IN EACH CRIMINAL HISTORY CATEGORY BY PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2002

| | | | | CRIMINAL HISTORY CATEGORY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL | | | I | | | II | | | III | | |
| PRIMARY OFFENSE | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| TOTAL | 55.4 | 33.0 | 52,694 | 40.1 | 24.0 | 23,746 | 52.8 | 33.0 | 6,203 | 56.3 | 35.0 | 8,623 |
| Murder | 237.2 | 180.5 | 82 | 211.0 | 151.0 | 43 | 295.0 | 240.0 | 9 | 252.6 | 181.0 | 11 |
| Manslaughter | 39.6 | 27.0 | 56 | 29.7 | 16.0 | 38 | 45.1 | 41.0 | 8 | 80.8 | 65.0 | 4 |
| Kidnapping/Hostage Taking | 181.5 | 120.0 | 62 | 143.3 | 92.5 | 30 | 149.9 | 116.0 | 8 | 181.5 | 114.0 | 8 |
| Sexual Abuse | 62.0 | 36.0 | 185 | 56.1 | 30.0 | 125 | 74.0 | 45.0 | 25 | 61.9 | 40.0 | 21 |
| Assault | 39.3 | 27.0 | 378 | 33.8 | 24.0 | 171 | 31.4 | 27.0 | 40 | 39.0 | 28.5 | 60 |
| Robbery | 92.2 | 71.0 | 1,589 | 62.7 | 46.0 | 428 | 74.8 | 60.0 | 191 | 79.0 | 60.0 | 284 |
| Arson | 93.0 | 60.0 | 60 | 73.5 | 60.0 | 29 | 199.6 | 38.5 | 8 | 73.6 | 60.0 | 12 |
| Drugs - Trafficking | 74.4 | 57.0 | 23,976 | 50.9 | 37.0 | 13,191 | 76.2 | 60.0 | 2,935 | 88.4 | 70.0 | 3,442 |
| Drugs - Communication Facility | 50.9 | 48.0 | 381 | 39.7 | 37.0 | 154 | 51.0 | 48.0 | 46 | 54.6 | 48.0 | 58 |
| Drugs - Simple Possession | 19.2 | 6.0 | 164 | 12.1 | 4.0 | 53 | 12.7 | 5.5 | 20 | 10.7 | 6.0 | 31 |
| Firearms | 70.8 | 44.0 | 4,673 | 41.5 | 21.0 | 864 | 45.9 | 27.0 | 501 | 52.8 | 33.0 | 996 |
| Burglary/B&E | 21.1 | 16.0 | 37 | 18.8 | 12.0 | 17 | 13.3 | 12.0 | 4 | 18.4 | 18.0 | 7 |
| Auto Theft | 60.6 | 24.0 | 124 | 19.2 | 16.3 | 45 | 95.3 | 30.0 | 15 | 88.7 | 30.0 | 15 |
| Larceny | 15.2 | 12.0 | 936 | 12.7 | 10.0 | 384 | 11.1 | 8.0 | 120 | 12.6 | 8.0 | 158 |
| Fraud | 20.0 | 15.0 | 4,498 | 17.2 | 12.0 | 2,722 | 20.0 | 14.0 | 475 | 20.4 | 17.0 | 550 |
| Embezzlement | 7.8 | 4.0 | 389 | 7.1 | 2.3 | 336 | 9.4 | 4.0 | 23 | 8.2 | 7.0 | 16 |
| Forgery/Counterfeiting | 17.4 | 14.0 | 876 | 13.3 | 12.0 | 288 | 11.2 | 10.0 | 109 | 15.0 | 12.0 | 172 |
| Bribery | 26.4 | 13.5 | 78 | 21.9 | 12.0 | 65 | -- | -- | 1 | 51.2 | 27.5 | 6 |
| Tax | 17.3 | 12.0 | 327 | 16.2 | 12.0 | 261 | 19.9 | 15.0 | 28 | 19.0 | 15.0 | 24 |
| Money Laundering | 47.6 | 33.0 | 729 | 45.1 | 30.0 | 546 | 58.1 | 48.0 | 75 | 44.5 | 37.0 | 68 |
| Racketeering/Extortion | 87.8 | 60.0 | 744 | 71.0 | 46.0 | 388 | 71.1 | 57.0 | 104 | 90.5 | 60.0 | 119 |
| Gambling/Lottery | 11.9 | 10.0 | 30 | 10.2 | 10.0 | 22 | -- | -- | 1 | 10.3 | 9.0 | 4 |
| Civil Rights | 42.1 | 24.0 | 56 | 36.0 | 21.0 | 38 | 45.0 | 41.0 | 3 | 54.6 | 51.0 | 7 |
| Immigration | 26.0 | 24.0 | 10,254 | 11.5 | 8.0 | 2,389 | 17.8 | 15.0 | 1,246 | 23.7 | 21.0 | 2,309 |
| Pornography/Prostitution | 53.3 | 33.0 | 605 | 45.5 | 30.0 | 477 | 73.1 | 46.0 | 49 | 72.1 | 58.5 | 44 |
| Prison Offenses | 18.8 | 14.0 | 283 | 14.1 | 7.8 | 15 | 14.0 | 11.0 | 4 | 10.7 | 10.0 | 52 |
| Administration of Justice Offenses | 23.5 | 15.5 | 666 | 20.4 | 15.0 | 373 | 18.4 | 18.0 | 92 | 21.5 | 14.5 | 84 |
| Environmental/Wildlife | 10.6 | 10.0 | 43 | 10.6 | 10.0 | 33 | 11.5 | 8.0 | 4 | 5.0 | 4.1 | 3 |
| National Defense | 149.0 | 56.5 | 8 | 149.0 | 56.5 | 8 | -- | -- | 0 | -- | -- | 0 |
| Antitrust | 14.3 | 12.0 | 9 | 14.3 | 12.0 | 9 | -- | -- | 0 | -- | -- | 0 |
| Food & Drug | 20.1 | 12.0 | 21 | 21.7 | 13.0 | 15 | 13.8 | 6.0 | 5 | -- | -- | 1 |
| Other Miscellaneous Offenses | 20.9 | 12.0 | 375 | 16.3 | 10.0 | 189 | 19.9 | 11.0 | 54 | 18.7 | 13.0 | 57 |

[1] Of the 64,366 cases, 9,373 with zero months prison ordered were excluded. In addition, 2,299 cases were excluded due to one or more of the following reasons: missing primary offense category (384), missing criminal history category (1,444), or missing or indeterminable sentencing information (1,051). The information in this table does not include any time of confinement as defined in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

30

## Table 14 (cont.)

| PRIMARY OFFENSE | CRIMINAL HISTORY CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IV | | | V | | | VI (non-career offender) | | | VI (career offender)[2] | | |
| | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n | Mean Mths | Median Mths | n |
| TOTAL | 60.7 | 39.0 | 5,109 | 66.0 | 46.0 | 3,135 | 80.8 | 57.0 | 4,170 | 176.4 | 155.0 | 1,708 |
| Murder | 224.0 | 188.0 | 5 | 363.7 | 470.0 | 3 | 317.6 | 300.0 | 5 | 191.7 | 186.5 | 6 |
| Manslaughter | -- | -- | 2 | -- | -- | 1 | -- | -- | 2 | -- | -- | 1 |
| Kidnapping/Hostage Taking | 196.8 | 70.5 | 6 | -- | -- | 1 | 243.7 | 181.5 | 6 | 389.7 | 375.0 | 3 |
| Sexual Abuse | 116.1 | 79.0 | 8 | 50.4 | 39.0 | 5 | -- | -- | 1 | -- | -- | 0 |
| Assault | 44.0 | 27.5 | 30 | 38.4 | 34.0 | 18 | 38.7 | 21.0 | 36 | 90.4 | 77.0 | 23 |
| Robbery | 86.1 | 70.0 | 181 | 100.3 | 77.0 | 107 | 105.8 | 88.0 | 176 | 171.6 | 151.0 | 222 |
| Arson | -- | -- | 2 | -- | -- | 1 | 94.0 | 105.0 | 6 | -- | -- | 2 |
| Drugs - Trafficking | 104.4 | 84.0 | 1,510 | 111.7 | 92.0 | 811 | 137.7 | 120.0 | 842 | 176.6 | 160.0 | 1,245 |
| Drugs - Communication Facility | 61.4 | 48.0 | 39 | 56.0 | 48.0 | 25 | 59.9 | 48.0 | 35 | 78.0 | 48.0 | 24 |
| Drugs - Simple Possession | 21.6 | 8.0 | 26 | 36.5 | 12.0 | 14 | 43.2 | 12.0 | 19 | -- | -- | 1 |
| Firearms | 62.8 | 46.0 | 784 | 75.2 | 60.0 | 515 | 114.5 | 84.0 | 906 | 255.8 | 228.0 | 107 |
| Burglary/B&E | -- | -- | 1 | -- | -- | 2 | 37.5 | 43.5 | 6 | -- | -- | 0 |
| Auto Theft | 97.5 | 26.0 | 16 | 74.3 | 45.5 | 12 | 46.9 | 30.0 | 19 | -- | -- | 2 |
| Larceny | 21.5 | 12.0 | 93 | 16.5 | 15.0 | 76 | 25.4 | 20.0 | 104 | -- | -- | 1 |
| Fraud | 23.4 | 18.0 | 263 | 27.5 | 21.0 | 186 | 36.4 | 30.0 | 302 | -- | -- | 0 |
| Embezzlement | 17.7 | 20.0 | 3 | 16.8 | 8.0 | 5 | 23.8 | 22.5 | 6 | -- | -- | 0 |
| Forgery/Counterfeiting | 16.9 | 15.0 | 97 | 26.2 | 20.5 | 74 | 29.4 | 24.0 | 135 | -- | -- | 1 |
| Bribery | 54.0 | 43.0 | 4 | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 |
| Tax | 28.4 | 24.5 | 9 | -- | -- | 2 | 43.3 | 34.0 | 3 | -- | -- | 0 |
| Money Laundering | 57.3 | 50.0 | 12 | 67.1 | 50.5 | 16 | 80.3 | 52.5 | 12 | -- | -- | 0 |
| Racketeering/Extortion | 103.1 | 71.5 | 46 | 166.6 | 117.0 | 26 | 159.5 | 120.0 | 31 | 187.3 | 180.0 | 30 |
| Gambling/Lottery | -- | -- | 2 | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 |
| Civil Rights | -- | -- | 1 | -- | -- | 2 | 56.9 | 21.0 | 4 | -- | -- | 1 |
| Immigration | 32.1 | 27.0 | 1,797 | 38.7 | 30.0 | 1,137 | 43.9 | 34.5 | 1,374 | -- | -- | 2 |
| Pornography/Prostitution | 115.3 | 70.5 | 18 | 139.8 | 91.5 | 6 | 58.6 | 57.0 | 9 | -- | -- | 2 |
| Prison Offenses | 13.1 | 10.0 | 75 | 19.4 | 18.0 | 43 | 22.6 | 21.0 | 73 | 48.8 | 41.0 | 21 |
| Administration of Justice Offenses | 19.9 | 15.0 | 49 | 46.5 | 33.0 | 27 | 41.7 | 34.5 | 38 | 252.0 | 300.0 | 3 |
| Environmental/Wildlife | 14.7 | 10.0 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| National Defense | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Antitrust | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Food & Drug | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Other Miscellaneous Offenses | 20.9 | 16.0 | 27 | 33.1 | 24.0 | 18 | 48.5 | 41.0 | 19 | 48.6 | 41.0 | 11 |

[2] Career offender information is based on the recommendation of the probation officer in the PSR, if information from the sentencing court was missing or unavailable. As a result, the number of career offenders represented here is higher than the number reported in Tables 20 and 22.

SOURCE: U.S. Sentencing Commission, 2002 Datafile, USSCFY02.

31

Table 7

### AVERAGE LENGTH OF IMPRISONMENT BY PRIMARY OFFENSE CATEGORY
### Fiscal Year 2002

| PRIMARY OFFENSE | National | | | First Circuit | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | Number | Mean Months | Median Months | Number |
| TOTAL | 54.7 | 30.0 | 53,886 | 65.2 | 46.0 | 1,675 |
| Murder | 235.4 | 180.0 | 83 | -- | -- | 0 |
| Manslaughter | 39.6 | 27.0 | 56 | -- | -- | 0 |
| Kidnapping/Hostage Taking | 183.0 | 126.0 | 64 | -- | -- | 2 |
| Sexual Abuse | 62.0 | 36.0 | 185 | -- | -- | 0 |
| Assault | 38.7 | 27.0 | 386 | 6.3 | 4.0 | 5 |
| Robbery | 92.4 | 71.0 | 1,595 | 95.4 | 82.0 | 40 |
| Arson | 93.0 | 60.0 | 60 | -- | -- | 1 |
| Drugs - Trafficking | 74.3 | 57.0 | 24,074 | 82.9 | 60.0 | 994 |
| Drugs - Communication Facility | 51.1 | 48.0 | 385 | 62.5 | 48.0 | 9 |
| Drugs - Simple Possession | 17.8 | 6.0 | 183 | -- | -- | 1 |
| Firearms | 71.0 | 45.0 | 4,736 | 57.6 | 30.0 | 113 |
| Burglary/B&E | 21.1 | 16.0 | 37 | -- | -- | 1 |
| Auto Theft | 60.5 | 24.0 | 125 | 174.9 | 156.0 | 12 |
| Larceny | 15.1 | 12.0 | 943 | 11.9 | 12.0 | 20 |
| Fraud | 19.6 | 14.0 | 4,688 | 17.3 | 12.0 | 138 |
| Embezzlement | 7.9 | 4.0 | 391 | 4.6 | 2.0 | 11 |
| Forgery/Counterfeiting | 17.4 | 14.0 | 879 | 14.5 | 15.0 | 21 |
| Bribery | 25.7 | 12.0 | 81 | 14.0 | 12.0 | 4 |
| Tax | 17.3 | 12.0 | 330 | 7.3 | 5.5 | 8 |
| Money Laundering | 47.6 | 33.0 | 731 | 40.8 | 36.0 | 37 |
| Racketeering/Extortion | 88.2 | 60.0 | 755 | 72.0 | 46.0 | 38 |
| Gambling/Lottery | 11.9 | 10.0 | 31 | -- | -- | 0 |
| Civil Rights | 42.1 | 24.0 | 56 | -- | -- | 2 |
| Immigration | 25.3 | 24.0 | 10,912 | 29.1 | 27.0 | 166 |
| Pornography/Prostitution | 53.8 | 33.0 | 607 | 41.8 | 28.5 | 20 |
| Prison Offenses | 18.6 | 14.0 | 287 | 16.2 | 16.5 | 4 |
| Administration of Justice Offenses | 23.1 | 15.0 | 682 | 21.7 | 16.5 | 22 |
| Environmental/Wildlife | 10.4 | 10.0 | 45 | 8.7 | 8.0 | 3 |
| National Defense | 149.0 | 56.5 | 8 | -- | -- | 0 |
| Antitrust | 14.3 | 12.0 | 9 | -- | -- | 0 |
| Food & Drug | 20.1 | 12.0 | 21 | -- | -- | 1 |
| Other Miscellaneous Offenses | 17.9 | 12.0 | 461 | 20.3 | 18.0 | 4 |

Of the 64,366 guideline cases, 10,480 cases were excluded for one or more of the following reasons: zero months prison ordered (9,373), missing primary offense category (393) or missing or indeterminable sentencing information (1,051).

Of the 2,019 guideline cases from the First Circuit, 344 cases were excluded due to one or more of the following reasons: zero prison months ordered (323), missing primary offense category (5) or missing or indeterminable sentencing information (21).

SOURCE: United States Sentencing Commission, Office of Policy Analysis, 2002 Datafile, OPAFY02.