```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
                              )
                              )
v.                            )    CRIM. NO. 04-10010-PBS
                              )
                              )
MATTHEW DWINELLS              )
```

## NOTICE OF APPEAL

Notice is hereby given that the defendant Matthew Dwinells appeals to the United States Court of Appeals for the First Circuit from a judgment of conviction and sentence imposed in the above-captioned case on February 14, 2006.

```
                              MATTHEW DWINELLS
                              By his attorney,

                              /s/ Syrie D. Fried
                              Syrie D. Fried
                              B.B.O. # 555815
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel:  (617) 223-8061
```