APPEAL, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10010-PBS-ALL

Case title: USA v. Dwinells                Date Filed: 01/14/2004

Assigned to: Judge Patti B. Saris

**Defendant**

**Matthew Dwinells** (1)  represented by  **Syrie D. Fried**
*TERMINATED: 03/09/2006*  Federal Defender's Office
  408 Atlantic Ave.
  Third Floor
  Boston, MA 02210
  617-223-8061
  Fax: 617-223-8080
  Email: syrie_fried@fd.org
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*
  *Designation: Public Defender or*
  *Community Defender*
  *Appointment*

**Pending Counts**                         **Disposition**

18:2422(b)COERCION OR
ENTICEMENT OF FEMALE
(1-3)

  Defendant was found guilty after
  a plea of not guilty. Defendant
  committed to the custody of the
  US Bureau of Prisons to be
  imprisoned for a total term of 51
  months. The Court makes a
  recommendation to FMC Devens
  for the Sec Offender Treatment
18:2422.F (b)-ATTEMPTED  Program, mental health
COERCION AND  counseling, and if available, drug

| | |
|---|---|
| ENTICEMENT<br>(1s-3s) | abuse treatment program (not the 500 hour program). Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 24 months with conditions (mental health treatment, drug abuse treatment). The $500.00 Special Assessment is due immediately. |
| 18:2252(a)(2)Receipt of child pornography<br>(4) | |
| 18:2252 F.(a)(2)-RECEIPT OF CHILD PORNOGRAPHY<br>(4s) | Defendant committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 51 months. The Court makes a recommendation to FMC Devens for the Sec Offender Treatment Program, mental health counseling, and if available, drug abuse treatment program (not the 500 hour program). Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 24 months with conditions (mental health treatment, drug abuse treatment). The $500.00 Special Assessment is due immediately. |
| 18:2252(a)(4)(B) - POSSESSION OF CHILD PORNOGRAPHY<br>(5) | |
| | Defendant committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 51 months. The Court makes a recommendation to FMC Devens for the Sec Offender |

18:2252 F.(a)(4)(B)- POSSESSION OF CHILD PORNOGRAPHY (5s)

Treatment Program, mental health counseling, and if available, drug abuse treatment program (not the 500 hour program). Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 24 months with conditions (mental health treatment, drug abuse treatment). The $500.00 Special Assessment is due immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**             **Disposition**

None

---

**Plaintiff**

USA        represented by **Dena T. Sacco**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3304
*TERMINATED: 06/29/2005*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Donald L. Cabell**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3105
Fax: 617-748-3951
Email: donald.cabell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara L. Gottovi**
Federal Trade Commission
601 New Jersey Avenue NW
Washington, DC 20001
202-326-3201
Email: sgottovi@ftc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2004 | 1 | INDICTMENT as to Matthew Dwinells (1) count(s) 1-3, 4, 5. (Smith3, Dianne) (Entered: 01/15/2004) |
| 01/14/2004 |  | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: for pretrial as to Matthew Dwinells (Catino, Theresa) (Entered: 01/16/2004) |
| 01/22/2004 | 2 | Summons Issued as to Matthew Dwinells; Arraignment set for 2/5/2004 11:00 AM in Courtroom 16 before Magistrate Judge Charles B. Swartwood. Initial Appearance set for 2/5/2004 11:00 AM in Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 01/22/2004) |
| 02/05/2004 | 3 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Matthew Dwinells (1) Count 1-3,4,5 held on 2/5/2004, Initial Appearance as to Matthew Dwinells held on 2/5/2004, Not Guilty Plea entered by Matthew Dwinells (1) on Counts 1-3,4,5. (11:09 A, 2:16 P.) (Roland, Lisa) (Entered: 02/10/2004) |

| | | |
|---|---|---|
| 02/05/2004 | 4 | CJA 23 Financial Affidavit by Matthew Dwinells (Roland, Lisa) (Entered: 02/10/2004) |
| 02/05/2004 | 5 | Judge Charles B. Swartwood : ORDER Setting Conditions of Release (Roland, Lisa) (Entered: 02/10/2004) |
| 02/05/2004 | 6 | NOTICE OF HEARING as to Matthew Dwinells; Status Conference set for 3/18/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 02/10/2004) |
| 02/05/2004 | 7 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Matthew Dwinells; Time excluded from February 5, 2004 until February 19, 2004, cc/cl. (Roland, Lisa) (Entered: 02/10/2004) |
| 02/05/2004 | 8 | Judge Charles B. Swartwood : SCHEDULING ORDER as to Matthew Dwinells, cc/cl. (Roland, Lisa) (Entered: 02/10/2004) |
| 02/05/2004 | 12 | Judge Charles B. Swartwood :ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Matthew Dwinells; Syrie D. Fried for Matthew Dwinells appointed. (Roland, Lisa) (Entered: 03/19/2004) |
| 02/23/2004 | | Mail Returned as Undeliverable. Certified Mail sent to Matthew Dwinells as to Matthew Dwinells (Jones, Sherry) (Entered: 02/23/2004) |
| 03/09/2004 | 9 | NOTICE OF ATTORNEY APPEARANCE Dena T. Sacco appearing for USA. (Patch, Christine) (Entered: 03/10/2004) |
| 03/11/2004 | 10 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Matthew Dwinells (Patch, Christine) (Entered: 03/16/2004) |
| 03/18/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Matthew Dwinells held on 3/18/2004. Case called, Counsel (Gotovvi, Fried) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (2:04 p.) (Roland, Lisa) (Entered: 03/18/2004) |
| 03/19/2004 | 11 | Judge Charles B. Swartwood : STATUS REPORT as to Matthew Dwinells; Status Conference set for 5/25/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 03/19/2004) |
| 03/19/2004 | 13 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Matthew Dwinells; Time excluded from |

| | | |
|---|---|---|
| | | February 19, 2004 until May 25, 2004, cc/cl. (Roland, Lisa) (Entered: 03/19/2004) |
| 05/25/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Matthew Dwinells held on 5/25/2004. Case called, Counsel (Sacco, Fried) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (1:58 P.) (Roland, Lisa) (Entered: 05/28/2004) |
| 05/26/2004 | 14 | Judge Charles B. Swartwood : STATUS REPORT as to Matthew Dwinells; Status Conference set for 9/9/2004 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 06/07/2004) |
| 05/26/2004 | 15 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Matthew Dwinells; Time excluded from May 25, 2004 until September 9, 2004, cc/cl. (Roland, Lisa) (Entered: 06/07/2004) |
| 08/06/2004 | 17 | Pretrial Services petition re: violation of conditions of release as to Matthew Dwinells (Simeone, Maria) (Entered: 08/26/2004) |
| 08/10/2004 | 16 | Ex Parte MOTION as to Matthew Dwinells by USA. (Patch, Christine) (Entered: 08/16/2004) |
| 08/26/2004 | ● | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Matthew Dwinells held on 8/26/2004; Dena Saco for Govt; Miriam Conrad standing in for Syrie Fried; court goes over charges and rights; govt moves for detention; Deft is remanded to the custody of the US Marshal pending final revocation hearing; Detention Hearing set for 8/31/2004 10:00 AM in Courtroom 23 before Magistrate Judge Charles B. Swartwood. (Court Reporter digital.) (Simeone, Maria) (Entered: 08/26/2004) |
| 08/30/2004 | 18 | Arrest Warrant Returned Executed on 8/26/04 as to Matthew Dwinells. (Patch, Christine) (Entered: 08/31/2004) |
| 09/08/2004 | 19 | FIRST SUPERSEDING INDICTMENT as to Matthew Dwinells (1) count(s) 1s-3s, 4s, 5s. (Diskes, Sheila) (Entered: 09/09/2004) |
| 09/08/2004 | 20 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: PRETRIAL as to Matthew Dwinells (Diskes, Sheila) |

| | | |
|---|---|---|
| | | (Entered: 09/09/2004) |
| 09/13/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Matthew Dwinells (1) Count 1s-3s,4s,5s held on 9/13/2004, Case called, Counsel (Sacco, Gottovi, Fried), PTS Brown & Dft appear, Dft informed of rights and charges, Not Guilty Plea entered by Matthew Dwinells as to counts 1-5, Detention Hearing as to Matthew Dwinells held on 9/13/2004, Government offers Pretrial Memos as Exh # 1 & 2, Government argues for detention, Dft requests short continuance to 9/20/2004 @ 2:30, Preliminary Revocation Hearing as to Matthew Dwinells held on 9/13/2004, Status Conference as to Matthew Dwinells held on 9/13/2004, Counsel request additional time, Case continued, Time to be excluded, Dft remanded to the custody of the US Marshal (11:37 A.) (Roland, Lisa) (Entered: 09/13/2004) |
| 09/13/2004 | ●21 | Judge Charles B. Swartwood : STATUS REPORT as to Matthew Dwinells; Status Conference set for 10/13/2004 09:30 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 09/15/2004) |
| 09/13/2004 | ●22 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Matthew Dwinells; Time excluded from September 9, 2004 until October 13, 2004, cc/cl. (Roland, Lisa) (Entered: 09/15/2004) |
| 09/20/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Matthew Dwinells held on 9/20/2004. Case called, Counsel (Casey, Fried), PTS Cuascut & Dft appear, Dft assents to an order of detention but reserves his right to a hearing in the future, Dft remanded to the custody of the US Marshal. (3:00 pm.) (Roland, Lisa) (Entered: 09/20/2004) |
| 09/22/2004 | ●23 | Judge Charles B. Swartwood : MEMORANDUM AND ORDER entered on the Government's Motion for Revocation of Matthew Dwinells' Release on Conditions, cc/cl. (Roland, Lisa) (Entered: 09/23/2004) |
| 10/13/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Matthew Dwinells held on 10/13/2004. Case called, Counsel (Sacco, Fried) appear by telephone, Counsel request additional time, |

| | | |
|---|---|---|
| | | Case continued, Time to be excluded. (9:50 a.) (Roland, Lisa) (Entered: 10/13/2004) |
| 10/13/2004 | 24 | Judge Charles B. Swartwood : STATUS REPORT as to Matthew Dwinells; Status Conference set for 11/16/2004 02:45 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 10/13/2004) |
| 10/13/2004 | 25 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Matthew Dwinells; Time excluded from October 13, 2004 until November 16, 2004, cc/cl. (Roland, Lisa) (Entered: 10/13/2004) |
| 11/16/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Matthew Dwinells held on 11/16/2004. Case called, Counsel (Sacco, Fried) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (2:42 P.) (Roland, Lisa) (Entered: 11/16/2004) |
| 11/17/2004 | 26 | Judge Charles B. Swartwood : STATUS REPORT as to Matthew Dwinells; Status Conference set for 12/16/2004 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 11/18/2004) |
| 11/17/2004 | 27 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Matthew Dwinells ; Time excluded from November 16, 2004 until December 16, 2004, cc/cl. (Roland, Lisa) (Entered: 11/18/2004) |
| 12/16/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Matthew Dwinells held on 12/16/2004. Case called, Counsel (Gottovi, Fried) appear by telephone, Case to be sent back to District Judge, Final Status Report to issue. (2:28 P.) (Roland, Lisa) (Entered: 12/16/2004) |
| 12/17/2004 | 28 | Judge Charles B. Swartwood : FINAL STATUS REPORT as to Matthew Dwinells, cc/cl. (Roland, Lisa) (Entered: 12/17/2004) |
| 12/17/2004 | | Case as to Matthew Dwinells no longer referred to Charles B. Swartwood. (Roland, Lisa) (Entered: 12/17/2004) |
| 12/20/2004 | 29 | NOTICE OF HEARING as to Matthew Dwinells. Initial Pretrial Conference set for 1/5/2005 at 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: |

| | | |
|---|---|---|
| | | 12/20/2004) |
| 01/05/2005 | ⊙ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Initial Pretrial Conference as to Matthew Dwinells held on 1/5/2005 Jury Trial set for 5/16/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 5/10/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Judith Twoomey.) (Alba, Robert) (Entered: 01/05/2005) |
| 01/12/2005 | 30 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Matthew Dwinells Time excluded from January 5, 2005 until May 16, 2005. Jury Trial set for 5/16/2005 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 5/10/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 01/19/2005) |
| 02/23/2005 | 32 | Letter to Judge Saris regarding his release as to Matthew Dwinells (Patch, Christine) (Entered: 03/01/2005) |
| 02/28/2005 | 31 | MOTION *to Reopen Detention Hearing and for Release on Conditions* as to Matthew Dwinells. (Fried, Syrie) (Entered: 02/28/2005) |
| 03/02/2005 | ⊙ | Judge Patti B. Saris : Electronic ORDER entered. as to Matthew Dwinells re 32 Letter to Judge Saris. "If you lawyer wants to move for reconsideration, she may do so." (Patch, Christine) (Entered: 03/08/2005) |
| 03/09/2005 | 33 | Opposition by USA as to Matthew Dwinells re 31 MOTION *to Reopen Detention Hearing and for Release on Conditions*, c/s. (Roland, Lisa) (Entered: 03/09/2005) |
| 03/09/2005 | ⊙ | Judge Charles B. Swartwood : Electronic ORDER entered granting 31 Motion as to Matthew Dwinells (1). "ALLOWED. Detention Hearing scheduled for 3/23/2005 @ 3:00 pm." cc/cl (Roland, Lisa) (Entered: 03/10/2005) |
| 03/16/2005 | 34 | Joint MOTION to Continue *Trial and to Exclude Time* as to Matthew Dwinells. (Fried, Syrie) (Entered: 03/16/2005) |
| 03/17/2005 | ⊙ | NOTICE OF RESCHEDULING as to Matthew Dwinells; Detention Hearing set for 3/22/2005 03:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 03/17/2005) |

| | | |
|---|---|---|
| 03/17/2005 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 34 Motion to Continue Trial and Exclude Time as to Matthew Dwinells (1). "Trial is rescheduled for 7/25/05 at 9:00 AM. All time is excluded under the Speedy Trial Act." (Patch, Christine) (Entered: 03/22/2005) |
| 03/22/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Matthew Dwinells held on 3/22/2005. Case called, Counsel (Sacco, Gottovi, Fried), PTS Cuascut & Dft appear, Helen Dwinells called & sworn, Cross, Closing Arguments, Dft released on conditions. (3:35 P.) (Roland, Lisa) (Entered: 03/23/2005) |
| 03/22/2005 | 35 | Judge Charles B. Swartwood : ORDER entered. ORDER Setting Conditions of Release as to Matthew Dwinells (1) 10,000 unsecured. (Jones, Sherry) (Entered: 03/23/2005) |
| 03/22/2005 | 36 | unsecured Bond Entered as to Matthew Dwinells in amount of $ 10,000, (Jones, Sherry) (Entered: 03/23/2005) |
| 04/15/2005 | ● | Terminate Deadlines as to Matthew Dwinells: (Alba, Robert) (Entered: 04/15/2005) |
| 04/15/2005 | 37 | NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENE as to Matthew Dwinells. The Final Pretrial Conference previously scheduled for May 10, 2005, has been rescheduled to July 19, 2005, at 2:00 p.m. NOTE: Trial was previously rescheduled to July 25, 2005. (Alba, Robert) (Entered: 04/15/2005) |
| 06/28/2005 | 38 | NOTICE *of Appearance* by USA as to Matthew Dwinells (Cabell, Donald) (Entered: 06/28/2005) |
| 06/29/2005 | 39 | NOTICE of Withdrawal of Appearance in case as to Matthew Dwinells. Attorney Dena T. Sacco terminated. (Sacco, Dena) (Entered: 06/29/2005) |
| 07/16/2005 | 40 | Proposed Voir Dire by Matthew Dwinells (Fried, Syrie) (Entered: 07/16/2005) |
| 07/18/2005 | 41 | MOTION in Limine *for instruction on intent element* as to Matthew Dwinellsby USA. (Cabell, Donald) (Entered: 07/18/2005) |
| 07/18/2005 | 42 | MOTION in Limine *to admit evidence under Rule 404(b)* as to Matthew Dwinellsby USA. (Cabell, Donald) (Entered: 07/18/2005) |

| 07/18/2005 | 43 | Proposed Voir Dire by Matthew Dwinells (Fried, Syrie) (Entered: 07/18/2005) |
|---|---|---|
| 07/19/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Matthew Dwinells held on 7/19/2005. Counsel report that the case will go to trial on July 25 on Counts 1,2 and 3, and defendant wishes to plea to Counts 4 and 5. Change of Plea Hearing set for 7/22/2005 at 11:30 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 07/19/2005) |
| 07/20/2005 | 44 | Supplemental MOTION in Limine *on "intent" element* as to Matthew Dwinellsby USA. (Cabell, Donald) (Entered: 07/20/2005) |
| 07/20/2005 | 45 | Supplemental MOTION in Limine *regarding admission of evidence under Rule 404(b)* as to Matthew Dwinellsby USA. (Cabell, Donald) (Entered: 07/20/2005) |
| 07/20/2005 |  | Judge Patti B. Saris: Electronic ORDER entered denying 42 Government's MOTION in Limine to admit evidence under Rule 404(b). "AFTER HEARING AND REVIEW OF THE PHOTOGRAPHS, THE MOTION TO ADMIT THE PHOTOGRAPHS IS DENIED ON THE GROUND THEY ARE UNFAIRLY PREJUDICIAL. I WILL RESERVE ON THE ISSUE OF WHETHER I ALLOW IN A DESCRIPTION OF THE PHOTOS UNTIL I SEE DEFENDANT'S OPPOSITION." (Alba, Robert) (Entered: 07/20/2005) |
| 07/20/2005 | 46 | MEMORANDUM in Opposition by Matthew Dwinells re 42 MOTION in Limine *to admit evidence under Rule 404(b)*, 45 Supplemental MOTION in Limine *regarding admission of evidence under Rule 404(b)* (Fried, Syrie) (Entered: 07/20/2005) |
| 07/20/2005 | 47 | MOTION in Limine *Regarding Transcripts* as to Matthew Dwinells. (Fried, Syrie) (Entered: 07/20/2005) |
| 07/20/2005 | 48 | MOTION in Limine *To Exclude Photographs* as to Matthew Dwinells. (Fried, Syrie) (Entered: 07/20/2005) |
| 07/20/2005 | 49 | MOTION in Limine *to exclude prior convictions* as to Matthew Dwinells. (Fried, Syrie) (Entered: 07/20/2005) |
| 07/20/2005 | 50 | MOTION in Limine *Regarding "buddy list" evidence* as to Matthew Dwinells. (Fried, Syrie) (Entered: 07/20/2005) |

| | | |
|---|---|---|
| 07/21/2005 | 51 | EXHIBIT/WITNESS LIST by USA as to Matthew Dwinells (Cabell, Donald) (Entered: 07/21/2005) |
| 07/21/2005 | 52 | MOTION to Travel *Hotel Expenses During Trial* as to Matthew Dwinells. (Fried, Syrie) (Entered: 07/21/2005) |
| 07/22/2005 | 53 | Proposed Jury Instructions by USA as to Matthew Dwinells (Cabell, Donald) (Entered: 07/22/2005) |
| 07/22/2005 | 54 | Proposed Voir Dire by USA as to Matthew Dwinells (Cabell, Donald) (Entered: 07/22/2005) |
| 07/22/2005 | ● | Judge Patti B. Saris: Electronic ORDER entered granting 52 MOTION to Travel Hotel Expenses During Trial as to Matthew Dwinells. (Alba, Robert) (Entered: 07/22/2005) |
| 07/22/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Matthew Dwinells held on 7/22/2005. Plea entered by Matthew Dwinells, Guilty Count 4s,5s. Court will accept defendant's plea after the trial on counts 1,2 and 3 has concluded. Trial to commence on July 25, 2005. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 07/22/2005) |
| 07/22/2005 | 55 | RESPONSE to Motion by USA as to Matthew Dwinells re 47 MOTION in Limine *Regarding Transcripts*, 48 MOTION in Limine *To Exclude Photographs*, 49 MOTION in Limine *to exclude prior convictions*, 50 MOTION in Limine *Regarding "buddy list" evidence* (Cabell, Donald) (Entered: 07/22/2005) |
| 07/22/2005 | 56 | Proposed Voir Dire by Matthew Dwinells (Fried, Syrie) (Entered: 07/22/2005) |
| 07/22/2005 | 57 | TRANSCRIPT of Final Pretrial Conference as to Matthew Dwinells held on July 19, 2005 before Judge Saris. Court Reporter: Nancy L. Eaton. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/633-5178 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/22/2005) |
| 07/22/2005 | 58 | Proposed Jury Instructions by Matthew Dwinells (Fried, Syrie) (Entered: 07/22/2005) |
| 07/22/2005 | 59 | EXHIBIT/WITNESS LIST by Matthew Dwinells (Fried, Syrie) (Entered: 07/22/2005) |
| 07/24/2005 | 60 | EXHIBIT/WITNESS LIST by USA as to Matthew Dwinells (Cabell, Donald) (Entered: 07/24/2005) |

| | | |
|---|---|---|
| 07/25/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day One as to Matthew Dwinells held on 7/25/2005. Voir Dire conducted. Parties make opening statements. Government presents it's case. Court recesses at 1:00 p.m. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 07/25/2005) |
| 07/26/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Two as to Matthew Dwinells held on 7/26/2005. Court recesses at 1:00 p.m. Court to start at 11:15 a.m. on Wednesday, July 27. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 07/26/2005) |
| 07/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Three as to Matthew Dwinells held on 7/27/2005. Court recesses at 1:00 p.m. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 07/27/2005) |
| 07/28/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Four as to Matthew Dwinells held on 7/28/2005. Court recesses at 1:00 p.m. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 07/28/2005) |
| 07/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Five as to Matthew Dwinells held on 7/29/2005. Court recesses at 1:00 p.m. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 07/29/2005) |
| 07/29/2005 | 65 | Judge Patti B. Saris : ORDER entered. as to Matthew Dwinells. "Pursuant to 18 U.S.C. Section 4285, this Court hereby orders the United States Marshals Service to provide Matthew Dwinells with hotel accommodations in the city of Boston for the purpose of his trial from Friday, July 29, 2005, through Friday, August 5, 2005." (Patch, Christine) (Entered: 08/04/2005) |
| 07/29/2005 | 67 | MOTION for Judgment of Acquittal as to Matthew Dwinells. (Patch, Christine) (Entered: 08/09/2005) |
| 08/01/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Six as to Matthew Dwinells held on 8/1/2005. Counsel make closing arguments. Jury begins deliberations. Jury returns a verdict at 4:35 p.m. Verdict: Guilty on Count 1,2 and 3. Jury discharged. Defendant remanded to the custody of the U.S. Marshal. Sentencing set for 11/3/2005 at 2:00 PM in Courtroom 19 before Judge Patti |

| | | |
|---|---|---|
| | | B. Saris. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 08/01/2005) |
| 08/01/2005 | 61 | JURY VERDICT as to Matthew Dwinells. Guilty on Count 1s-3s. (Alba, Robert) (Entered: 08/01/2005) |
| 08/01/2005 | 62 | EXHIBIT LIST for Jury Trial held from 7/25/05 through 8/1/05 as to Matthew Dwinells. (Alba, Robert) (Entered: 08/01/2005) |
| 08/01/2005 | 63 | WITNESS LIST for Jury Trial held from 7/25/05 through 8/1/05 as to Matthew Dwinells. (Alba, Robert) (Entered: 08/01/2005) |
| 08/01/2005 | 64 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Matthew Dwinells Sentencing set for 11/3/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 08/03/2005) |
| 08/04/2005 | 66 | MOTION for Extension of Time to August 12, 2005 to File Rule 29 Motion as to Matthew Dwinells. (Fried, Syrie) (Entered: 08/04/2005) |
| 08/05/2005 | | Judge Patti B. Saris : Electronic ORDER entered denying 67 Motion for Judgment of Acquittal as to Matthew Dwinells (1) (Patch, Christine) (Entered: 08/09/2005) |
| 08/08/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting 66 MOTION for Extension of Time to August 12, 2005 to File Rule 29 Motion as to Matthew Dwinells. (Alba, Robert) (Entered: 08/08/2005) |
| 08/09/2005 | 68 | MOTION for Acquittal *Memo In Support* as to Matthew Dwinells. (Fried, Syrie) (Entered: 08/09/2005) |
| 08/09/2005 | 69 | MEMORANDUM in Support by Matthew Dwinells re 67 MOTION for Judgment of Acquittal. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 08/11/2005) |
| 08/11/2005 | | Motions terminated as to Matthew Dwinells: 68 MOTION for Acquittal *Memo In Support* filed by Matthew Dwinells,. (Patch, Christine) (Entered: 08/11/2005) |
| 08/11/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 68 terminated because: It was filed using the incorrect event. Please refer to Document No. 69 for corrected |

| | | |
|---|---|---|
| | | filing, as to Matthew Dwinells (Patch, Christine) (Entered: 08/11/2005) |
| 08/12/2005 | 70 | MOTION to Continue *Sentencing Hearing* as to Matthew Dwinells. (Fried, Syrie) (Entered: 08/12/2005) |
| 08/15/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 70 Motion to Continue Sentencing as to Matthew Dwinells (1). "The Sentencing is continued to December 14, 2005 at 2:00 PM." (Patch, Christine) (Entered: 08/17/2005) |
| 08/17/2005 | | Set/Reset Hearings as to Matthew Dwinells: Sentencing set for 12/14/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 08/17/2005) |
| 08/24/2005 | 71 | First MOTION for Extension of Time to 09/12/2005 to File Response/Reply *to motion for judgment of acquittal* as to Matthew Dwinellsby USA. (Cabell, Donald) (Entered: 08/24/2005) |
| 08/25/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting 71 First MOTION for Extension of Time to 09/12/2005 to File Response/Reply to motion for judgment of acquittal. (Alba, Robert) (Entered: 08/25/2005) |
| 09/06/2005 | 72 | Letter to Judge Saris regarding his case as to Matthew Dwinells (Patch, Christine) (Entered: 09/08/2005) |
| 09/19/2005 | 73 | RESPONSE to Motion by USA as to Matthew Dwinells re 67 MOTION for Acquittal, 68 MOTION for Acquittal *Memo In Support* (Cabell, Donald) (Entered: 09/19/2005) |
| 11/22/2005 | 74 | MOTION to Continue *Sentencing Hearing* as to Matthew Dwinells. (Fried, Syrie) (Entered: 11/22/2005) |
| 11/28/2005 | 75 | MOTION to Continue *Sentencing Hearing* as to Matthew Dwinells. (Fried, Syrie) (Entered: 11/28/2005) |
| 12/01/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 75 Motion to Continue Sentencing as to Matthew Dwinells (1) Sentencing set for 2/14/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/05/2005) |
| 12/01/2005 | | Judge Patti B. Saris : Electronic ORDER entered finding as moot 74 Motion to Continue Sentencing as to Matthew Dwinells (1) (Patch, Christine) (Entered: 12/05/2005) |

| | | |
|---|---|---|
| 12/22/2005 | 76 | MOTION to Seal as to Matthew Dwinells. (Patch, Christine) (Entered: 12/23/2005) |
| 12/22/2005 | 77 | MOTION for One-Day Release for Psychological Testing in Preparation for Sentencing as to Matthew Dwinells. (Patch, Christine) (Entered: 12/23/2005) |
| 12/23/2005 | ● | Judge Patti B. Saris : Electronic ORDER entered denying 76 Motion to Seal as to Matthew Dwinells (1) (Patch, Christine) (Entered: 12/23/2005) |
| 12/23/2005 | ● | Judge Patti B. Saris : Electronic ORDER entered re 77 Motion for One-Day Release for Psychological Testing in Preparation for Sentencing as to Matthew Dwinells (1). "Walpole shall allow the computer in unless it demonstrates good cause to this Court." (Patch, Christine) (Entered: 12/23/2005) |
| 12/23/2005 | ● | Motions terminated as to Matthew Dwinells: 77 MOTION to Modify Conditions of Release filed by Matthew Dwinells,. (Patch, Christine) (Entered: 12/23/2005) |
| 01/27/2006 | 78 | MOTION to Continue *Sentencing Hearing* as to Matthew Dwinells. (Fried, Syrie) (Entered: 01/27/2006) |
| 01/31/2006 | ● | Judge Patti B. Saris: Electronic ORDER entered denying 78 MOTION to Continue Sentencing Hearing as to Matthew Dwinells. "Denied." (Alba, Robert) (Entered: 01/31/2006) |
| 02/13/2006 | 79 | MOTION for Downward Departure *and Memorandum in Aid of Sentencing* as to Matthew Dwinells. (Attachments: # 1) (Fried, Syrie) (Entered: 02/13/2006) |
| 02/14/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris :Sentencing held on 2/14/2006 for Matthew Dwinells (1), Count(s) 1s-3s, 4s, 5s, Court sentences defendant to 51 months imprisonment, 24 months supervised release w/ conditions, $500 special assessment. Defendant informed of right of appeal. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 02/14/2006) |
| 02/16/2006 | ● | Reopen Document as to Matthew Dwinells 68 MOTION for Acquittal *Memo In Support* (Patch, Christine) (Entered: 02/16/2006) |
| 02/16/2006 | ● | Notice of correction to docket made by Court staff. Correction: Document No. 68 reopened because it is a valid motion incorrectly titled as a Memorandum of Law as to Matthew |

| | | |
|---|---|---|
| | | Dwinells. Document No. 69 is moot. (Patch, Christine) (Entered: 02/16/2006) |
| 03/02/2006 | 80 | Judge Patti B. Saris : ORDER entered as to Matthew Dwinells denying 68 MOTION for Acquittal *Memo In Support* filed by Matthew Dwinells. (Patch, Christine) (Entered: 03/03/2006) |
| 03/09/2006 | 81 | NOTICE OF APPEAL by Matthew Dwinells NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/29/2006. (Fried, Syrie) (Entered: 03/09/2006) |
| 03/09/2006 | 82 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Matthew Dwinells (1), Count(s) 1s-3s, Defendant was found guilty after a plea of not guilty. Defendant committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 51 months. The Court makes a recommendation to FMC Devens for the Sec Offender Treatment Program, mental health counseling, and if available, drug abuse treatment program (not the 500 hour program). Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 24 months with conditions (mental health treatment, drug abuse treatment). The $500.00 Special Assessment is due immediately.; Count(s) 4s, Defendant committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 51 months. The Court makes a recommendation to FMC Devens for the Sec Offender Treatment Program, mental health counseling, and if available, drug abuse treatment program (not the 500 hour program). Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 24 months with conditions (mental health treatment, drug abuse treatment). The $500.00 Special Assessment is due immediately.; Count(s) 5s, Defendant committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 51 months. The Court makes a recommendation to FMC Devens for the Sec Offender Treatment Program, mental health counseling, and if available, drug abuse treatment program (not the 500 hour program). Defendant is remanded to the custody of the United States Marshal. Upon |

|  |  | release from imprisonment, the defendant shall be on supervised release for a term of 24 months with conditions (mental health treatment, drug abuse treatment). The $500.00 Special Assessment is due immediately. (Patch, Christine) (Entered: 03/09/2006) |