U.S. Department of Justice

Federal Bureau of Prisons

Designation & Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, Texas 75051

April 18, 2006

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
Harold D. Donohue Federal Bldg
595 Main Street
Worcester, Massachusetts 01608-2025

**Re: DWINELLS, Matthew**
  Reg. No. 25083-038
  Docket No. 1:04CR10010-001-PBS

Dear Judge Saris:

   Thank you for your recommendation that Matthew Dwinells serve his term of confinement at the Federal Medical Center in Fort Devens, Massachusetts. In addition, you recommend participation in the Sex Offender Treatment Program (SOTP). Mr. Dwinells was recently sentenced in your court to a 51-month term for Attempted Coercion and Enticement, Receipt of Child Pornography, and Possession of Child Pornography.

   During the designation process, we were aware of your recommendations. Regrettably, in the case of Mr. Dwinells, your recommendations cannot be followed in their entirety. Our Office of Medical Designations has reviewed his medical needs and determined he does not require assignment to a specialized medical facility. Accordingly, Mr. Dwinells has been designated to the high security level facility in Allenwood, Pennsylvania. The staff at the Allenwood facility will evaluate Mr. Dwinells to determine his eligibility to participate in the SOTP.

   We regret we were unable to comply with the Court's recommendations in their entirety. Please be assured of our continued commitment to comply with judicial recommendations whenever possible.

Sincerely,

Rebecca Tamez
Chief

cc:  Warden, USP Allenwood