## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 06-1709

USDC Docket Number : 04-10010-PBS

United States of America

v.

Matthew Dwinells

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 88 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 27, 2006.

Sarah A. Thornton, Clerk of Court

By:

/s/ Deborah Scalfani,  Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  06-1709

USDC Docket Number :  04-10010-PBS

United States of America

v.

Matthew Dwinells

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 88 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 27, 2006.

Sarah A. Thornton, Clerk of Court

By:

/s/ Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/05