RECEIPT #
AMOUNT $ N
SUMMONS ISSUED N
LOCAL RULE 4.1
WAIVER FORM
  ISSUED
BY DPTY. CLK. [signature]
DATE 10/30/06

06 CA 11977 PBS

MAGISTRATE JUDGE Hillman

FILED CLERKS OFFICE 9/06

YOUR HONOR,

MY NAME IS MATTHEW D[redacted]23 I WAS A DEFENDANT IN YOUR COURT. I WAS DEFENDED BY SYRIE FRIED. I WAS SENTENCED TO 51 MONTHS THIS PAST FEBRUARY.

MY PROBLEM IS THAT MS. FRIED DID NOT FILE MY APPEAL. HER REASON: THAT I WOULD GET RE-SENTENCED AND I WOULD PROBABLY GET MORE TIME. IN MY EYES I COULD HAVE WON. BASED UPON THE 4Th AMENDMENT. I AM INDIGENT AND I WOULD LIKE ANOTHER ATTORNEY ON MY SIDE. SO I AM ASKING IF YOU CAN HELP ME THERE. MS. FRIED HAS IGNORED LETTERS FROM MYSELF AND PHONE CALLS FROM MEMBERS OF MY FAMILY. MY FAMILY IS DECIDING ON FILING A MOTION OF INEFFECTIVE COUNSEL. I THINK I HAVE NO CHOICE IN THE MATTER.

NOW, I AM AT USP ALLENWOOD IN PA. YOUR DECISION WAS TO SEND ME TO FT. DEVENS. CAN I BE SENT THERE? ALSO, THE ASSESSMENT FEE WAS $100.00 THE PEOPLE HERE ARE SAYING ITS $300.00. WHO IS RIGHT?

WALPOLE STATE PRISON HIRED FEDERAL INMATES/DETAINEES TO WORK I AM HAVING TROUBLE GETTING PAID THEY OWE ME $60.00 I HAVE SENT 5 LETTERS WITH NO RESULTS. CAN YOU HELP ME THERE? I HOPE I AM NOT BOTHERING YOU AND YOU CAN HELP ME.

RESPECTFULLY YOURS,
Matt [signature]